**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                                   (State)

Case number (*If known*): __22-__ _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Clovis Oncology, Inc.

2. **All other names debtor used in the last 8 years**

   N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9  0  –  0  4  7  5  3  5  5

4. **Debtor's address**

   **Principal place of business**

   | 5500 | Flatiron Parkway |
   |------|------------------|
   | Number | Street |

   Suite 100

   | Boulder | CO | 80301 |
   |---------|-----|-------|
   | City | State | ZIP Code |

   | Boulder |
   |---------|
   | County |

   **Mailing address, if different from principal place of business**

   | Number | Street |
   |--------|--------|

   P.O. Box

   | City | State | ZIP Code |
   |------|-------|----------|

   **Location of principal assets, if different from principal place of business**

   | Number | Street |
   |--------|--------|

   | City | State | ZIP Code |
   |------|-------|----------|

5. **Debtor's website** (URL)

   www.clovisoncology.com

| Debtor | Clovis Oncology, Inc. | Case number *(if known)* | 22- |
|---|---|---|---|
| | Name | | |

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     3   2    5   4

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Clovis Oncology, Inc.       Case number *(if known)* 22-
     Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                       MM / DD / YYYY

          District _____ When _____ Case number _____
                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   See Attachment A      Relationship   Affiliate

          District   Delaware                    When   Date Hereof
                                                      MM / DD / YYYY

          Case number, if known   Pending

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number       Street

                                 _____

                                 City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

---

| Debtor | Clovis Oncology, Inc. | Case number *(if known)* 22- |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets***

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities***

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

* Information provided on a consolidated basis, and based on financial statements as of October 31, 2022.

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 11 / 2022
          MM / DD / YYYY

✗  /s/  Paul E. Gross                    Paul E. Gross

Signature of authorized representative of debtor        Printed name

Title  Executive Vice President and General Counsel

Debtor          Clovis Oncology, Inc.                                          Case number (if known) 22-
                _____                                    _____
                Name

**18. Signature of attorney**          ✗  /s/ Robert J. Dehney                 Date    12    11    2022
                                          _____                     ___  ___  ____
                                          Signature of attorney for debtor            MM   / DD  / YYYY

                                          Robert J. Dehney
                                          _____
                                          Printed name
                                          Morris, Nichols, Arsht & Tunnell LLP
                                          _____
                                          Firm name
                                          1201      North Market Street
                                          _____
                                          Number      Street
                                          Wilmington                              DE          19899-1347
                                          _____           _____   _____
                                          City                                   State       ZIP Code

                                          302 351 9353                           rdehney@morrisnichols.com
                                          _____           _____
                                          Contact phone                         Email address

                                          No. 3578                               DE
                                          _____           _____
                                          Bar number                            State

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **5**

In re:

CLOVIS ONCOLOGY, INC.,

Debtor.

Chapter 11

Case No. 22-_____ (___)

(Joint Administration Requested)

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-35347.

2.      The following financial data is the latest available information and refers to the debtor's condition as of the dates noted in the comments below.

|   |   |   |
|---|---|---|
| a. | Total assets | $319,164,834 |
| b. | Total debts (including debts listed in 2.c., below) | $754,564,457 |
| c. | Debt securities held by more than 500 holders: | N/A |
| d. | Number of shares of preferred stock | N/A |
| e. | Number of shares of common stock | 144,804,422 |

Comments, if any: Total assets and total debts are listed as set forth in the Debtor's unaudited consolidated financial statements for the fiscal period ended October 31, 2022. To the Debtor's knowledge, the shares of common stock listed above are those outstanding as of October 31, 2022.

3.      Brief description of debtor's business: Clovis Oncology, Inc. and its debtor and non-debtor affiliates acquire, develop, and commercialize cancer treatments in the United States, Europe and other international markets.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: The Vanguard Group.

## **ATTACHMENT A TO VOLUNTARY PETITION**

### 1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliated entities listed below, including the Debtor filing this petition (collectively, the "**Debtors**"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

| |
|---|
| Clovis Oncology, Inc. |
| Clovis Oncology UK Limited |
| Clovis Oncology Ireland Limited |

Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that this Court jointly administer their chapter 11 cases for procedural purposes only.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC. | Case No. 22-_____ (    ) |
| Debtor. | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE 30 LARGEST UNSECURED CLAIMS**

Set forth below is the list of creditors that hold, based upon information presently available and belief, the thirty largest unsecured claims (the "Top 30 List") against Clovis Oncology, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"). This list has been prepared based upon the books and records of the Debtors. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the unsecured claim resulting from inadequate collateral value is known as of the date hereof and places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation: (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

[List appears on next page]

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name: <u>Clovis Oncology, Inc., et al.</u></td></tr>
<tr><td>United States Bankruptcy Court for the <u>District of Delaware</u><br>(State)</td></tr>
<tr><td>Case number (*If known*):    22-_____ ( )</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims. [1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Bank of New York Mellon Trust Company N.A. 2001 Bryan Street, 10th Floor, Dallas, TX 75201 | Reginald Brewer 312 827 8683 reginald.brewer@bnymellon.com | Unsecured Notes (2025 Notes) | Unliquidated | | | $300,000,000 |
| 2 | The Bank of New York Mellon Trust Company N.A. 2001 Bryan Street, 10th Floor, Dallas, TX 75201 | Reginald Brewer 312 827 8683 reginald.brewer@bnymellon.com | Unsecured Notes (2024 Notes, 2019 Issuance) | Unliquidated | | | $85,782,000 |
| 3 | The Bank of New York Mellon Trust Company N.A. 2001 Bryan Street, 10th Floor, Dallas, TX 75201 | Reginald Brewer 312 827 8683 reginald.brewer@bnymellon.com | Unsecured Notes (2024 Notes, 2020 Issuance | Unliquidated | | | $57,500,000 |
| 4 | Synteract Inc. 5909 Sea Otter Place, Suite 100 Carlsbad, CA 92010 | Greg Guarasci 250 514 9644 greg.guarasci@syneoshealth.com | Trade Debt | Unliquidated | | | $6,924,876 |
| 5 | Pfizer 6730 Lenox Center Court, Memphis, TN 38115 | John DeYoung john.deyoung@pfizer.com | Trade Debt | Unliquidated | | | $5,338,269 |
| 6 | IQVIA 83 Wooster Heights #5, Danbury, CT 06810 | Gerhard DuToit gerhard.dutoit@iqvia.com | Trade Debt | Unliquidated | | | $4,873,586 |
| 7 | NHS UK The Drive, Great Warley, Brentwood, Essex, CM13 3FR | Jose Dominguez jose.dominguez@nhs.net 0 8008 886 006 | Contractual Rebates | Unliquidated | | | $3,965,438 |
| 8 | Lonza 12261 Collections Center Drive, Chicago, IL 60693 | Gordon Bates gordon.bates@lonza.com | Trade Debt | Unliquidated | | | $3,024,454 |

[1]    This list has been prepared based upon the books and records of the Debtor. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the unsecured claim resulting from inadequate collateral value is known as of the date hereof and places the creditor among the holders of the thirty (30) largest unsecured claims.

| Debtor | Clovis Oncology, Inc., et al. | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Pharmaceutical Research Associates, Inc. 12120 Sunset Hills Road Suite 600, Reston, VA 20190 | David Hinds 415 990 8445 david.hinds@iconplc.com | Trade Debt | Unliquidated | | | $2,626,453 |
| 10  PSI CRO AG 875 First Avenue, King of Prussia, PA 19406, USA | Benjamin Roccanova 267 464 2506 benjamin.roccanova@psi-cro.com | Trade Debt | Unliquidated | | | $2,521,539 |
| 11  3B Pharmaceuticals GmbH Magnusstrasse 11, D-12489 Berlin, Germany | Jan Michael +49(0) 3063924136 jan.michael@3b-pharma.com | Trade Debt | | | | $2,160,799 |
| 12  AAH Pharmaceutical Ltd. Sapphire Court Walsgrave Triangle COVENTRY, CV2 2TX United Kingdom | Nicola Morton nicola.morton@hallohealthcaregroup.com | Contractual Rebates | Unliquidated | | | $2,111,742 |
| 13  United BioSource LLC 920 Harvest Drive, Suite 200, Blue Bell, PA 19422-1968 | Michael Haratz 908 304 3079 michael.haratz@ubc.vom | Trade Debt | Unliquidated | | | $2,096,773 |
| 14  CMIC Co. Ltd Hamamatsu-cho Bldg 1-1-1 Shibaura Minato-ku, Tokyo, Japan | Hwee Hwee Tey +65 6222 2655 hweehwee-tey@cmicgroup.com | Trade Debt | Unliquidated | | | $2,072,184 |
| 15  MDcentRX LLC 1230 Avenue of the Americas, Floor 16, New York, NY 10020 | Erik Dalton 917 838 6683 edalton@mdcentrx.com | Trade Debt | Unliquidated | | | $1,850,001 |
| 16  Food and Drug Administration 10903 New Hampshire Avenue, Silver Spring, MD 20993 | Christina Thompson cdercollections@fda.hhs.gov | Trade Debt | | | | $1,181,799 |
| 17  ICON Clinical Research Limited (Ireland) 9755 Ridge Drive, Lenexa, KS 66219 | Fraser McCallum fraser.mccallum@iconplc.com | Trade Debt | Unliquidated | | | $808,433 |
| 18  The GOG Foundation Inc. 3168 Braverton St., Suite 280, Edgewater, MD 21037 | Linda Gildersleeve  410 721 7126 lgilder@gog.org | Trade Debt | Unliquidated | | | $742,262 |
| 19  EMB Statistical Solutions, LLC c/o Linda K. Bennett, 9300 West 110th Street, Suite 550, Overland Park, KS 66210 | Brenda Bishop 913 322 6557 bbishop@embstats.com | Trade Debt | Unliquidated | | | $534,759 |
| 20  Cult Health LLC 261 Fifth Avenue, Suite 1002, New York, NY 10016 | Jeff Rothstein  973 632 3309 jrothstein@cult360.com | Trade Debt | | | | $434,299 |

| Debtor | Clovis Oncology, Inc., et al. | Case number (if known) | 22-_____ ( ) |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 eResearchTechnology Inc. 1818 Market Street, Suite 1000, Philadelphia, PA 19103-3638 | Donna Casole 215 776 8936 dcasole@ert.com | Trade Debt | | | | $364, 986 |
| 22 Perceptive Informatics LLC dba Calyx 5282 Paysphere Circle, Chicago IL 60674 | Sarah Pope 0 773 198 1719 sarah.pope@calyx.ai | Trade Debt | | | | $361,527 |
| 23 Astrazenca, 1800 Concord Pike, Wilmington, DE 19803 | Laura Collins 781 839 4003 laura.collins3@astrazeneca.com | Trade Debt | Unliquidated | | | $349,663 |
| 24 Highline Consulting 268 Bush Street, #2801, San Francisco, CA 94104 | Colin Williams 415 225 7190 colin.williams@highlinesciences.com | Trade Debt | Unliquidated | | | $339,176 |
| 25 ZS Associates Inc. One Rotary Center, 1560 Sherman Avenue, Evanston, IL 60201 | Atul Choudhary 650 696 8883 atul.choudhary@zs.com | Trade Debt | Unliquidated | | | $290,200 |
| 26 Veeva Systems Inc. 4280 Hacienda Drive, Pleasanton, CA 94588 | Jim Thai 604 318 0937 jim.thai@veeva.com | Trade Debt | | | | $275,250 |
| 27 Symphony Health Solutions Blue Bell 731 Arbor Way Suite 100, Blue Bell, PA 19422 | Arun Sybramaniam 908 202 6706 arun.subramanian@symphonyhealth.com | Trade Debt | | | | $266,667 |
| 28 Medidata Solutions Inc. 350 Hudson St 9th Floor, New York, NY 10014 | Justin Hopkins 725 500 3360 justin.hopkins@3ds.com | Trade Debt | | | | $256,533 |
| 29 AssistRx Inc. 4700 Millenia Blvd, Suite 500, Orlando, FL 32839 | Jeff Spafford 407 367 4476 jeff.spafford@assistrx.com | Trade Debt | | | | $254,298 |
| 30 Fondazione Policlinico Universitario Agostino Gemelli RCCS Sede Operativa, L.go Gemelli 8, Roma Italy 00168 | Chiara Alonzi 063 015 4498 chiara.alonzi@policlinicogemelli.it | Trade Debt | | | | $210,144.35 |

# UNANIMOUS WRITTEN CONSENT
## OF
## THE BOARD OF DIRECTORS
## OF
## CLOVIS ONCOLOGY, INC.

We, the undersigned, being all the directors (the "**Board**") of Clovis Oncology, Inc., a corporation organized and existing under the laws of the State of Delaware ("**Clovis**" and, collectively with each entity set forth on **Schedule I** attached hereto, the "**Company**"), do hereby consent, pursuant to Section 141 of the Delaware General Corporation Law, to the adoption of the following resolutions by the Board and that such action be taken without a meeting pursuant to said Section 141, which consent may be executed in any number of counterparts (including via facsimile or electronic transmittal):

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company;

**WHEREAS**, as a result of the financial condition of the Company, Clovis engaged counsel and financial advisors to provide advice to the Board regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Board, following consultation with senior management of the Company and the Company's legal, financial, and other advisors, unanimously approved entry into, and performance under the transactions relating to the matters contemplated by the following resolutions;

**WHEREAS**, the Board has had the opportunity to consult with senior management of the Company and the Company's legal, financial, and other advisors and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding, and has determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily files petitions (the "**Petitions**" and, such cases, the "**Bankruptcy Cases**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, in support of the Bankruptcy Cases, the Company intends to enter into (i) that certain term sheet (the "**DIP Term Sheet**" and, together with other documents related to the debtor-in-possession financing, the "**DIP Documents**"), by and among Clovis, as borrower, the obligors party thereto, the lenders from time to time party thereto and an administrative agent and collateral agent listed therein (the "**DIP Agent**") on the terms and subject to the conditions expressly set forth hereto as Exhibit A, and (ii) that certain Purchase and Assignment Agreement (the "**Stalking Horse Agreement**" and, together with the DIP Documents, the "**Transaction Documents**"), by and among Clovis and Novartis Innovative Therapies AG and any of its permitted assignees, substantially in the form attached hereto as **Exhibit B**; and

**WHEREAS**, after consultation with its counsel and financial advisors, the Board believes that it is advisable and in the best interests of the Company to enter into, deliver and perform its obligations under the Transaction Documents.

**NOW THEREFORE**, it is hereby:

I.     **The Bankruptcy Cases**

**RESOLVED**, that the filing by the Company of the Petitions in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") be, and hereby is, authorized, approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that each of the officers of the Company, including chief executive officer, chief financial officer, vice-president, general counsel, treasurer, or secretary (each of the foregoing, individually, an "**Authorized Officer**" and, together, the "**Authorized Officers**") be and they hereby are authorized, empowered and directed to execute and file, or cause to be filed, the Petitions on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany the Petitions or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petitions or the Bankruptcy Cases, with a view to the successful prosecution of such cases; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to commence the marketing for sale of the Company's assets and pursue negotiations with any interested parties regarding one or more sales of such assets pursuant to section 363 of the Bankruptcy Code or otherwise, in each case subject to further authorization of the Board of any such sale; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, NY 10019, as bankruptcy co-counsel to render legal services to, and to represent, the Company in the Bankruptcy Cases and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ the law firm of Morris, Nichols, Arsht & Tunnell LLP located at 1201 North Market Street, Wilmington, DE 19801, as bankruptcy co-counsel to render legal services to, and to represent, the Company in the Bankruptcy Cases and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ AlixPartners, LLP, located at 909 Third Avenue, New York, NY 10022, as restructuring advisor for the Company in connection with the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ Perella Weinberg Partners LP, located at 767 5th Avenue, New York, NY 10153, as investment banker for the Company in connection with the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055 as claims, noticing, and solicitation agent for the Company in the Bankruptcy Cases, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of the Company such other professionals and advisors as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company in connection with the Bankruptcy Cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

## II.    The Transaction Documents

**RESOLVED**, that the form, terms and provisions of each Transaction Document (including the DIP Term Sheet on the terms and subject to the conditions expressly set forth hereto as **Exhibit A**, and the other DIP Documents), including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officer(s) in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and it is further

**RESOLVED**, that the execution and delivery of each Transaction Document (including the DIP Term Sheet and the other DIP Documents) and the performance by the Company of its obligations thereunder, including the granting, ratification or reaffirmation of any security interest, mortgage or lien, or the provision of any guarantee, as applicable, in each case, as contemplated by or in connection with the DIP Term Sheet, the other DIP Documents and the other Transaction Documents, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized to execute, deliver and perform, or cause to be executed, delivered and performed, as applicable from time to time, in the name of and on behalf of the Company, the DIP Term Sheet and various other DIP Documents, including agreements, instruments, questionnaires, papers or writings, as such Authorized Officer determines are necessary, convenient, advisable, appropriate or desirable to effect execution, delivery and performance of the DIP Term Sheet and the transactions contemplated thereunder as intended by these resolutions, including but not limited to, any UCC financing statements and other instruments, stock powers, bond powers, unit powers, powers of attorney, side letters, notary letters, allonges, waivers, documents, certificates, consents, assignments, notices, affidavits, certificates of officers (including secretary's certificates) and other certificates, control agreements, intellectual property grants, guarantees, pledge agreements and other pledge documents, security agreements and other security documents, ratification agreements and agreements contemplated thereby or executed and delivered in connection therewith, in each case, with such changes, additions, modifications, and terms as the Authorized Officer(s) executing the DIP Documents shall approve, with such Authorized Officer's execution thereof to be deemed conclusive evidence of such approval, and in each case and in connection therewith, with all amendments, amendments and restatements, supplements, renewals, extensions, modifications, substitutions and replacements thereof and each other agreement now existing or hereafter created providing collateral security for payment or performance of the obligations thereunder; and it is further

**RESOLVED**, that each of the Authorized Officers are hereby authorized, directed and empowered, for and on behalf of and in the name of the Company to assign, hypothecate, set over, grant security interests in or grant a continuing security interest in, mortgage or pledge any or all of the assets and properties of the Company, real, personal or mixed, tangible or intangible, now owned or hereafter acquired, and all proceeds of the foregoing, to the DIP Agent as security for the obligations under the DIP Term Sheet and the other DIP Documents; and it is further

**RESOLVED**, that to the extent that the approval of the Company in its capacity as a stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner or member of any person is required for the Company or any such other person to execute, deliver and perform any of its obligations (including the grant of a lien on its assets) under the DIP Term Sheet, or the other DIP Documents, the other Transaction Documents, the Company hereby consents thereto; and it is further

**RESOLVED**, that the Board, having reviewed the Stalking Horse Agreement, whereby Clovis agrees to sell the Transferred Assets (as defined in the Stalking Horse Agreement) under section 363 of the Bankruptcy Code (the "**Sale**"), subject to the terms and conditions set forth therein and the bidding procedures established by the Bankruptcy Court, hereby determines that the Sale and the other transactions contemplated by the Stalking Horse Agreement are advisable and in the best interests of Clovis and its shareholders and other stakeholders; and it is further

**RESOLVED**, that the form, terms and provisions of (i) the Stalking Horse Agreement, substantially in the form attached hereto as **Exhibit B**, with such changes therein and additions thereto as the Authorized Officers executing the same shall approve, the execution thereof by an Authorized Officer to be deemed conclusive evidence of such approval, and (ii) the other sale documents including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officer in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and it is further

**RESOLVED**, that the execution and delivery of the Stalking Horse Agreement and the other sale documents, and the performance by Clovis of its obligations thereunder, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

**RESOLVED**, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of any of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by the Company of the terms, provisions and conditions thereof; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by any Authorized Officer, or any other officers, directors, members or any authorized persons acting under similar authority, as the case may be, of the Company or the Board, in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted and approved in all respects; and it is further

**III.    Miscellaneous**

**RESOLVED**, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of any of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by the Company of the terms, provisions and conditions thereof; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to prepare, execute and file, or cause to be prepared, executed and filed, all reports, schedules, statements, documents and information required to be filed with the Securities and Exchange Commission pursuant to the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder, including, without limitation, reports relating to certain current events on Form 8-K; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to pay all qualification, filing, legal and other expenses incurred in connection with any of the foregoing resolutions; and it is further

**RESOLVED**, that any and all actions heretofore or hereafter taken by such Authorized Officers or other officers of the Company within the terms of the foregoing resolutions be, and hereby are, ratified and confirmed as the act and deed of the Company; and it is further

**RESOLVED**, that the Unanimous Written Consent to which these resolutions are attached may be executed in one or more counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one instrument and that any party receiving an executed copy, facsimile or other electronic transmission (such as .pdf) of these resolutions may rely hereon; and it is further

**RESOLVED**, that this Unanimous Written Consent shall be delivered to the Company by delivery to an officer or agent of the Company having custody of the books and records of the Company, for filing with the records of the Company.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the 11th day of December, 2022 and direct that it be filed with the minutes of proceedings of the Board of Directors.

Brian G. Atwood

Robert W. Azelby

James C. Blair

Richard A. Fair

Keith T. Flaherty

Ginger L. Graham

Paul H. Klingenstein

Patrick J. Mahaffy

Edward J. McKinley

Ronit Simantov

Thorlef Spickschen

DocuSign Envelope ID: 7163CE94-F82C-4488-AB3B-74C4764B60B1

## Schedule I

| |
|---|
| Clovis Oncology, Inc. |
| Clovis Oncology UK Limited |
| Clovis Oncology Ireland Limited |

**<u>EXHIBIT A</u>**

**<u>DIP TERM SHEET</u>**

*[Exhibit Omitted]*

## **EXHIBIT B**

## **STALKING HORSE AGREEMENT**

*[Exhibit Omitted]*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., | Case No. 22-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT AND**
**LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**FED R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession, to the best of its knowledge, information, and belief, hereby states as follows:

A list of Clovis Oncology, Inc.'s equity interest holders, their addresses, and the nature of their equity interests is attached hereto as **Exhibit A**.[1]  No publicly traded corporation owns more than 10% of Clovis Oncology, Inc.'s equity interests.

---

[1]    As of December 6, 2022.

## **Exhibit A**

**List of Clovis Oncology, Inc.'s Equity Interest Holders**

| Name & Address | Number of Shares of Common Stock |
|---|---|
| Cede & Co.<br>570 Washington Blvd, Jersey City, NJ 07310-1617 | 143,372,858 |
| The Vanguard Group, Inc.<br>100 Vanguard Boulevard Malvern, PA 19355-2000 | 10,206,509 |
| Palo Alto Investors, L.P.<br>470 University Ave, Palo Alto, CA 94301 | 4,473,967 |
| BlackRock Fund Advisors<br>295 Madison Ave, New York, NY 10017 | 3,899,531 |
| QVT Financial, L.P. (U.S.)<br>888 7th Avenue, 888 7th Ave 43rd Floor, New York, NY 10106 | 3,525,000 |
| Renaissance Technologies, LLC<br>800 Third Avenue, New York, NY 10022 | 2,209,700 |
| Geode Capital Management, LLC<br>100 Summer Street 12th Floor, Boston, MA 02110 | 1,382,968 |
| Millennium Management, LLC<br>399 Park Ave, New York, NY 10022 | 976,384 |
| Patrick Mahaffy<br>[Redacted] | 970,787 |
| State Street Global Advisors (SSgA)<br>One Lincoln Street, Boston, MA 02111 | 715,398 |
| Susquehanna Financial Group, LLP<br>401 City Ave Suite 220, Bala Cynwyd, PA 19004-1122 | 620,642 |
| Pinnacle Associates, LTD<br>335 Madison Ave STE 1100, New York, NY 10017 | 620,203 |
| Wellington Management Company, LLP<br>280 Congress Street. Boston, MA 02210 | 560,565 |
| Ally Bridge Group (NY)<br>430 Park Avenue, 12th Floor, New York, NY 10022 | 533,501 |
| Ostrum Asset Management<br>43 Avenue Pierre Mendès, Paris, France FR-75013 | 500,000 |
| Healthcare Value Capital, LLC<br>50 Tice Blvd, Suite 140, Woodcliff Lake, NJ 07677 | 500,000 |
| Morgan Stanley & Company, LLC<br>1585 Broadway New York, NY 10036 | 475,453 |
| AXA Investment Managers (U.S.), Inc.<br>100 West Putnam Ave, Third Floor, Greenwich, CT 06830 | 401,300 |
| GSA Capital Partners, LLP<br>5 Stratton Street, London W1J 8LA | 399,039 |
| RBC Phillips, Hager & North Investment Counsel, Inc.<br>200 Bay Street, Royal Bank Plaza South Tower, 17th Floor, Toronto, ON, Canada M5J 2J2 | 367,000 |
| Ikarian Capital, LLC<br>100 Crescent Court Suite 1620, Dallas, TX 75201 | 361,518 |

| | |
|---|---|
| Marshall Wace North America, L.P.<br>350 Park Ave, New York, NY 10022 | 310,123 |
| Gillian Ivers-Reed<br>[Redacted] | 293,612 |
| Northern Trust Investments, Inc.<br>50 South Lasalle Street, Chicago, IL 60603 | 273,233 |
| Edward McKinley<br>[Redacted] | 268,016 |
| Macquarie Investment Management<br>Level 8, 15-23 Ground 125 West 55th Street, New York, NY 10019 | 250,200 |
| Aberdare Ventures IV LP<br>1 Embarcadero Ctr Suite 400, San Francisco, CA 94111-3619 | 247,600 |
| GAMCO Asset Management, Inc.<br>One Corporate Center 401 Theodore Fremd Avenue, Rye, NY 10580 | 145,400 |
| Barclays Capital, Inc.<br>745 Seventh Avenue, New York, NY 10020 | 132,368 |
| Citadel Advisors, LLC<br>131 S. Dearborn St. 32nd Floor, Chicago, IL 60603 | 129,979 |
| XTX Markets, LLC<br>64th Floor, 50 Hudson Yards, New York, NY 10001 | 123,853 |
| Hollencrest Capital Management, LLC<br>100 Bayview Circle Suite 500, Newport Beach, CA 92660 | 120,000 |
| Lindsey Rolfe<br>[Redacted] | 113,691 |
| BMO Capital Markets<br>3 Times Square New York, NY 10036 | 111,750 |
| Gabelli Funds, LLC<br>One Corporate Center, Rye, NY 10580-1422 | 110,900 |
| Daniel Muehl<br>[Redacted] | 104,830 |
| Principal Global Investors, LLC<br>711 High Street, Des Moines, IA 50392 | 103,638 |
| Versant Venture Management, LLC<br>One Sansome Street, Suite 3630, San Franscisco, CA 94104 | 101,855 |
| Prisma Global Asset Management, SGIIC, S.A.<br>Diputació 279, 08007, Barcelona, Spain | 100,000 |
| Paul Gross<br>[Redacted] | 98,330 |
| The Bank of New York Mellon Corporation (Wealth Management)<br>2 North LaSalle Suite 700<br>Chicago, IL 60602 | 97,995 |
| Assenagon GmbH | 90,268 |

| | |
|---|---|
| Aerogolf Center, 1B Heienhaff, 1736 Senningerberg, Luxembourg | |
| RBC Dominion Securities, Inc. 1104 , 333 7th Ave S.W. Calgary, AB, Canada T2P 2Z1 | 90,050 |
| T. Rowe Price Associates, Inc. 100 East Pratt Street Baltimore, MD 21202 | 85,900 |
| Goldman Sachs & Co., LLC 200 West Street, New York, NY 10282 | 84,302 |
| Wells Fargo Clearing Services, LLC 1 North Jefferson Avenue Saint Louis, MO 63103 | 79,325 |
| BlackRock Advisors, LLC 295 Madison Ave, New York, NY 10017 | 66,524 |
| James Blair [Redacted] | 63,544 |
| BlackRock Advisors (U.K.), LTD 12 Throgmorton Avenue LONDON, EC2N 2DL United Kingdom | 63,130 |
| BlackRock Investment Management (U.K.), LTD 12 Throgmorton Avenue LONDON, EC2N 2DL United Kingdom | 62,367 |
| Cambridge Investment Research Advisors, Inc. 1776 Pleasant Plain Road, Fairfield, IA 52556-8757 | 61,667 |
| Perigon Wealth Management, LLC 201 Mission Street, Suite 1825, San Francisco, CA 94105 | 61,093 |
| Axiom Asset Management 550 Swedesford Rd #110, Wayne, PA 19087 | 60,000 |
| Paul Klingenstein [Redacted] | 59,327 |
| Brian Atwood [Redacted] | 58,335 |
| Thorlef Spickschen [Redacted] | 58,176 |
| Charles Schwab Investment Management, Inc. 3000 Schwab Way Roanoke, TX 76262 | 58,000 |
| Goldman Sachs Asset Management, L.P. (U.S.) 200 West Street, New York, NY 10282 | 55,602 |
| Virtu Financial LLC 1633 Broadway, 41st Floor, New York, NY 10019 | 53,447 |
| Jane Street Capital, LLC 250 Vesey Street 6th Floor, New York, NY 10281 | 52,609 |
| Sigma Planning Corporation 300 Parkland Plaza, Ann Arbor, MI 48103 | 52,148 |
| Robert Bender & Associates 199 S Los Robles Ave Ste 530, Pasadena, CA, 91101 | 50,000 |
| Credit Suisse International Paradeplatz 8 Zurich, 8001 Switzerland | 46,952 |

| | |
|---|---|
| D.E. Shaw & Company, L.P.<br>1166 Avenue of the Americas, New York, NY, 10036 | 44,924 |
| Wolverine Asset Management, LLC<br>175 West Jackson Blvd., Suite 340, Chicago, IL 60604 | 40,516 |
| Stewart Capital Advisors, LLC<br>800 Philadelphia Street PO Box 220, Indiana, PA 15701 | 40,000 |
| Stifel, Nicolaus & Company, Inc.<br>501 North Broadway, St. Louis, MO 63102 | 38,781 |
| Ladenburg Thalmann Asset Management, Inc.<br>7763 West Glades Road Boca Raton, FL 33434 | 37,090 |
| Boothbay Fund Management, LLC<br>Grand Central Tower, Two, 140 E 45th St 14th Floor, New York, NY 10017 | 36,350 |
| Gesalcalá, S.A., S.G.I.I.C. | 32,987 |
| Zeus Asset Management S.A.<br>6 Via Santa Maria Segreta, Milano, Lombardy, 20123, Italy | 30,000 |
| Thomas Harding<br>[Redacted] | 27,152 |
| Allspring Global Investments, LLC (U.S.)<br>525 Market Street, 12th Floor San Francisco, CA 94105 | 26,156 |
| Two Sigma Securities, LLC<br>100 Avenue of the Americas, 16th Floor, New York, NY 10013 | 26,054 |
| Pasadena Private Wealth, LLC<br>2 N. Lake Ave. Ste 520, Pasadena, CA 91101 | 25,000 |
| Objective Capital Management, LLC<br>29325 Chagrin Blvd #204, Beachwood, OH 44122 | 24,272 |
| Atwood-Edminster Trust<br>4165 Canyon Road, Lafayette, CA 94549-2705 | 20,367 |
| Wedbush Securities, Inc (Broker)<br>1000 Wilshire Blvd Los Angeles, CA 90017 | 20,200 |
| Qube Research & Technologies, LTD<br>Nova South, Level 10, 160 Victoria Street, London, United Kingdom SW1E 5LB | 20,078 |
| MAI Capital Management, LLC<br>23240 Chagrin Blvd. Suite 880. Beachwood, OH 44122 | 20,000 |
| U.S. Bank Private Asset Management<br>1200 Energy Park Dr. St. Paul, MN 55108 | 19,687 |
| Truist Investment Services, Inc.<br>303 Peachtree Center Ave Suite 140, Atlanta, GA 30303 | 17,290 |
| Squarepoint OPS, LLC<br>250 W. 55th Street 32nd Floor, New York, NY 10019 | 16,700 |
| Cetera Advisors LLC<br>2301 Rosecrans Avenue, Suite 5100, El Segundo, CA 90245 | 16,330 |
| Victory Capital Management, Inc. | 16,075 |

| | |
|---|---|
| 4900 Tiedeman Road, Brooklyn, OH 44144 | |
| EMFO, LLC<br>2700 S Commerce Pkwy, Suite 100, Weston, FL 33331 | 16,000 |
| Andbank Wealth Management, S.G.I.I.C., S.A.U.<br>Paseo de la Castellana, 55,3º, 28046,  Madrid, Spain | 14,992 |
| Cutler Group, L.P. (Proprietary)<br>101 Montgomery Street Suite 700, San Francisco, CA 94104 | 14,569 |
| LPL Financial, LLC<br>13620 N FM 620. Building C, Suite 200, Austin, TX 78717 | 14,133 |
| Allegheny Financial Group Ltd<br>811 Camp Horne Rd, Pittsburgh, PA 15237 | 13,950 |
| Engineers Gate Manager, L.P.<br>55 Hudson Yards 29th Floor, New York, NY 10001 | 13,406 |
| New Jersey Division of Investment<br>50 W State St # 9, Trenton, NJ 08608 | 13,000 |
| State of Wyoming (Treasury)<br>Herschler Building, 122 W 25th St, Cheyenne, WY 82002 | 12,984 |
| Man Investments, LTD (Asset Management)<br>1345 Avenue of the Americas, 21st Floor, New York, NY 10105 | 12,535 |
| Newbridge Financial Services Group, Inc.<br>7700 Congress Ave #1123, Boca Raton, FL 33487 | 12,500 |
| Welzia Management, S.G.I.I.C., S.A.<br>C. del Conde de Aranda, 24, 28001 Madrid, Spain | 12,172 |
| ProFund Advisors, LLC<br>7272 Wisconsin Ave 21st Floor, Bethesda, MD 20814 | 12,153 |
| Erle T. Mast<br>[Redacted] | 12,110 |
| Y-Intercept (Hong Kong), LTD<br>2604 Hopewell Centre 183 Queen's Road East, Wan Chai, Hong Kong K3 000000 | 11,630 |
| Diem Client Partner AG<br>Dianastrasse 5, 8002 Zürich, Switzerland | 11,500 |
| Western Wealth Management, LLC<br>440 Indiana Street Golden, CO 80401 | 10,968 |
| Tower Research Capital, LLC<br>377 Broadway, New York, NY 10013 | 10,689 |
| J.P. Morgan Securities, LLC<br>383 Madison Avenue, New York, NY 10179 | 10,183 |
| SNS Financial Group, LLC<br>43 SE Main St Ste 236 Minneapolis, MN 55414-1048 | 10,000 |
| Running Point Capital Advisors, LLC<br>101 N. Pacific Coast Highway Suite 305, El Segundo, CA 90245 | 10,000 |
| Bank of America Merrill Lynch<br>100 North Tryon Street, Charlotte, NC 28255 | 9,235 |

| | |
|---|---|
| Parametric Portfolio Associates, LLC<br>800 Fifth Avenue Suite 2800, Seattle, WA 98104 | 7,906 |
| Antonetti Capital Management, LLC<br>3200 Bailey Ln #155, Naples, FL 34105 | 7,500 |
| Future Financial Wealth Management Group, LLC<br>7817 Cooper Rd, Cincinnati, OH 45242 | 7,000 |
| Aperio Group, LLC<br>3 Harbor Dr Suite 204, Sausalito, CA 94965 | 6,922 |
| Susan W. & James C. Blair Family Limited Partnership<br>One Palmer Square Suite 515, Princeton, NJ 08542-3718 | 6,477 |
| Rockefeller & Company, LLC<br>45 Rockefeller Plaza 5th Floor, New York, NY 10111 | 6,375 |
| Allspring Funds Management, LLC<br>525 Market Street, 12th Floor San Francisco, CA 94105 | 5,117 |
| MK Luxinvest S.A.<br>94B, Waistrooss L-5440 Remerschen, Luxembourg | 4,387 |
| UBS Financial Services, Inc.<br>Bahnhofstrasse 45, 8001 Zurich, Switzerland | 4,239 |
| Mirae Asset Global Investments Company, LTD<br>625 Madison Ave, New York, NY 10022 | 4,222 |
| Fidelity Management & Research Company, LLC<br>245 Summer Street, Boston, MA 02210 | 3,742 |
| GF Fund Management Company, LTD<br>31-33/F, South Tower, Poly International Plaza<br>No. 1 East Pazhou Road, Haizhu District<br>Guangzhou 510308 China | 3,282 |
| TD Asset Management, Inc.<br>1 Vanderbilt Avenue, New York, New York 10017 | 2,307 |
| RBC Capital Markets, LLC<br>3 World Financial Center 200 Vesey St., New York, NY 10281 | 2,249 |
| Close Brothers Asset Management, LTD<br>10 Crown Place London, EC2A 4FT United Kingdom | 2,000 |
| Hoyoung Huh<br>[Redacted] | 1,955 |
| Citigroup Global Markets, Inc.<br>388 Greenwich St FL 38 New York, NY 10013-2362 | 1,752 |
| BofA Securities, Inc.<br>One Bryant Park, New York, NY 10036 | 1,714 |
| LLB Invest Kapitalanlagegesellschaft mbH<br>Wipplingerstraße 351010 Vienna, Austria | 1,680 |
| Winslow, Evans & Crocker, Inc.<br>175 Federal St, Boston, MA 02110 | 1,580 |
| Valley National Advisors, Inc.<br>1655 Valley Center Parkway Suite 100, Bethlehem, PA 18017 | 1,505 |

| | |
|---|---|
| China Universal Asset Management Company, LTD<br>CUAM Building, 728 Waima Road, Huangpu District,<br>Shanghai, China 200010 | 1,353 |
| BNP Paribas Arbitrage S.A. (U.S.)<br>787 Seventh Avenue, New York, NY 10019 | 1,117 |
| Capital Investment Trust Corporation, LTD<br>15F., No.69, Sec. 2, Dunhua S. Rd., Da'an Dist.,<br>Taipei City 106, Taiwan | 1,072 |
| Renta 4 Gestora, S.G.I.I.C., S.A. | 1,000 |
| Royal Alliance Associates, Inc.<br>10 Exchange Place, Suite 1410, Jersey City, NJ 07302 | 1,000 |
| Wells Fargo Bank N.A. (Asset Management)<br>420 Montgomery Street San Francisco, CA 94104 | 959 |
| Blair Family Partnership<br>202 Carnegie Center Suite 104, Princeton, NJ 08540-6239 | 701 |
| Vinay More & Rashmi Kokate<br>[Redacted] | 668 |
| Legal & General Investment Management, LTD<br>One Coleman Street London, EC2R 5AA United Kingdom | 559 |
| Locke Lord LLP<br>Chase Tower, 2200 Ross Ave #2800, Dallas, TX 75201 | 510 |
| McIlrath & Eck, LLC<br>3325 Smokey Point Dr Suite 201, Arlington, WA 98223 | 500 |
| Northwestern Mutual Wealth Company (Wisconsin)<br>100 E Wisconsin Ave Ste 2300, Milwaukee, WI 53202 | 440 |
| Barclays Capital Securities, LTD<br>745 Seventh Avenue, New York, NY 10020 | 407 |
| Daiwa Asset Management Company, LTD<br>GranTokyo North Tower, 9-1 Marunouchi 1-Chome,<br>Chiyoda-Ku, Tokyo, Japan M0 100-6751 | 406 |
| Atomos Investments, LTD<br>24 Monument Street, London, United Kingdom EC3R 8AJ, | 330 |
| Vision2020 Wealth Management Corporation<br>10 Exchange Place, Suite 1410, Jersey City, NJ 07302 | 315 |
| CWM, LLC<br>Dodge Plaza, First Floor 13321 California Street, Omaha,<br>NE 68154 | 310 |
| M. James Barrett & April Barrett<br>[Redacted] | 287 |
| Resources Management Corporation<br>643 Prospect Ave, West Hartford, CT 06105 | 250 |
| Quent Capital, LLC<br>1120 6th Ave 4th Floor, New York, NY 10036 | 231 |
| PNC Bank, N.A. (Asset Management)<br>249 Fifth Ave, Pittsburgh, PA 15222 | 225 |

| | |
|---|---|
| Morgan Stanley & Co. International, PLC<br>25 Cabot Square Canary Wharf London, E14 4QA United Kingdom | 201 |
| Exane Derivatives SNC<br>6 Rue Menars, Paris, France I0 75002 | 166 |
| Strive Asset Management, LLC<br>6515 Longshore Lp, Dublin, OH 43017 | 152 |
| Kozak & Tripp Private Asset Management, Inc.<br>1745 Shea Center Drive Suite 345 Highlands Ranch, CO 80129 | 140 |
| LMR Master Fund Limited<br>Devonshire House, London W1J 8AJ | 137 |
| North Star Investment Management Corporation<br>20 N Upper Wacker Dr Suite 1416, Chicago, IL 60606 | 100 |
| SagePoint Financial, Inc.<br>20 E Thomas Rd Suite 2000, Phoenix, AZ 85012 | 100 |
| Parallel Advisors, LLC<br>150 Spear St #950, San Francisco, CA 94105 | 100 |
| Gregory Brodsky & Sandra Brodsky<br>[Redacted] | 84 |
| Morgan Stanley Investment Management Inc.<br>1585 Broadway New York, NY 10036 | 33 |
| Merrill Lynch International<br>Merrill Lynch Financial Centre 2 King Edward Street London, EC1A 1HQ United Kingdom | 9 |
| Kelly McKillop<br>[Redacted] | 9 |
| Cambria R. Greer<br>[Redacted] | 4 |
| Mark McKenna<br>[Redacted] | 2 |
| Heriberto Garcia<br>[Redacted] | 1 |
| Soham Sali<br>[Redacted] | 1 |
| Omar P. Kahn<br>[Redacted] | 1 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    Clovis Oncology, Inc.

United States Bankruptcy Court for the: _____    District of  Delaware
(State)

Case number (*If known*):    22-_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement, List of Equity Holders , Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12  11  2022          ✗  /s/ Paul E. Gross
_____                    _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Paul E. Gross
                                   _____
                                   Printed name

                                   Executive Vice President and General Counsel
                                   _____
                                   Position or relationship to debtor