**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CLOVIS ONCOLOGY, INC., *et al.*[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 22-11292 (\_\_\_)<br>) <br>) (Joint Administration Requested)<br>) <br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Novartis Innovative Therapies AG (the "FAP Stalking Horse Bidder") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Benjamin Mintz<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 836-8000<br>Email: benjamin.mintz@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Rosa J. Evergreen<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Email: rosa.evergreen@arnoldporter.com | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor<br>Ryan M. Bartley<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>**CM/ECF Noticing: bankfilings@ycst.com**<br>Email:  mnestor@ycst.com<br>           rbartley@ycst.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or the FAP Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of the FAP Stalking Horse Bidder to (a) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (b) trial by jury in any proceeding so triable, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, defenses, and remedies of the FAP Stalking Horse Bidder, whether in law or in equity, or under any agreements or otherwise, all of which rights, claims, actions, defenses and remedies are expressly reserved.

| | |
|---|---|
| Dated: December 11, 2022<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ryan M. Bartley*<br>Michael R. Nestor (No. 3526)<br>Ryan M. Bartley (No. 4985)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       rbartley@ycst.com<br><br>- and -<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Benjamin Mintz<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-6550<br>Email: benjamin.mintz@arnoldporter.com<br><br>- and -<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Rosa J. Evergreen<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email: rosa.evergreen@arnoldporter.com<br><br>*Attorneys for the FAP Stalking Horse Bidder* |