## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
CLOVIS ONCOLOGY, INC., *et al.,*[1] : Case No. 22-11292 (JKS)
: 
Debtors. : (Joint Administration Requested)
: 
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of TOP IV SPV GP, LLC ("**TOP IV**") and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Jeffrey D. Saferstein | Daniel J. DeFranceschi (No. 2732) |
| Garrett A. Fail | Zachary I. Shapiro (No. 5103) |
| Lauren Tauro | J. Zachary Noble (No. 6689) |
| WEIL, GOTSHAL & MANGES LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 767 Fifth Avenue | One Rodney Square |
| New York, New York 10153-0119 | 920 North King Street |
| Telephone: (212) 310-8000 | Wilmington, Delaware 19801 |
| Facsimile: (212) 310-8007 | Telephone: (302) 651-7700 |
| Email: jeffrey.saferstein@weil.com | Facsimile: (302) 651-7701 |
| garrett.fail@weil.com | Email: defranceschi@rlf.com |
| lauren.tauro@weil.com | shapiro@rlf.com |
| | noble@rlf.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of TOP IV to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) TOP IV's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) TOP IV's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) TOP IV's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which TOP IV is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments TOP IV expressly reserves.

| | |
|---|---|
| Dated: December 12, 2022<br>    Wilmington, Delaware | */s/ Zachary I. Shapiro*<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>J. Zachary Noble (No. 6689)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>    Email: defranceschi@rlf.com<br>           shapiro@rlf.com<br>           noble@rlf.com<br><br>-and-<br><br>Jeffrey D. Saferstein<br>Garrett A. Fail<br>Lauren Tauro<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: jeffrey.saferstein@weil.com<br>         garrett.fail@weil.com<br>         lauren.tauro@weil.com<br><br>*Counsel to TOP IV SPV GP, LLC* |

RLF1 28339377v.1