**Clovis Oncology, Inc. 22-11292**
**December 16, 2022 - 1:00PM - part 2 - final**
**Omnibus Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mohamed | Abdelghany | Share holder | |
| Jacob | Adlerstein | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Paul Weiss Rifkind Wharton & Garrison LLP |
| Mike | Aguiar | Me | |
| Iqbal | Ahmed | Shareholder | Shareholder |
| Nova | Alindogan | Ropes & Gray LLP | Ropes & Gray LLP |
| Alison | Ambeault | N/A | |
| Thomas | Andolinaa | Self investments | |
| Aaron | Applebaum | DLA Piper | |
| Richard | Archer | Law360 | |
| Mike | Arney | Shareholder | |
| John | Arnone | Self | John |
| John | Arnone | Self | |
| George | Atabaev | Investor | |
| Adiss | B | Clovis | |
| Rose | Bagley | N/A | Kramer Levin |
| Ryan | Bartley | Novartis | Young Conaway |
| Aida | Baydono | Myself | |
| Peter | Beck | shareholder | CW |
| Robert | Berezin | TOP IV SPV GP, LLC | Weil, Gotshal & Manges LLP |
| Tom Aaron | Berge | Shareholder | |
| Ellen | Bergmann | 3B Pharmaceuticals GmbH | |
| Ellen | Bergmann | 3B Pharmaceuticals GmbH | |
| Ashland | Bernard | Interested Party | |
| Matthew | Bolon | Tempus Labs, Inc. | |
| David | Botter | Interested Party | Akin Gump Strauss Hauer & Feld LLP |
| Matthew | Brouwer | Interested Party | |
| Beth | Brownstein | Interested Party | ArentFox Schiff LLP |
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | |
| Elliot | Burgess | Myself | |
| Rob | Carson | self | |
| John | Cesarz | Clovis Oncology | PW Partners |
| Benny | Chan | Unsecured Creditor | QVT |
| Morris Nichols | Conf Room | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Morris Nichols | Conf Room | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Jacob | Czarnick | Potential UCC | Raymond James & Associates |
| Irfaan | Dawood | NA | |
| Daniel | DeFranceschi | TOP IV SPV GP, LLC | Richards, Layton & Finger, P.A. |
| Robert | Dehney | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Rafael | Del Moral | Spanish Oncologist. | |
| Adrian | Demko | Paul Weiss | Braidwell |

| First | Last | Affiliation | Firm |
|---|---|---|---|
| Bijal | Desai | Interested Party | |
| H | Dhillon | Shareholder | |
| Jojhar | Dhillon | Self | |
| Mario | Di | Personal | |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| August | Dinwiddie | Interested Party | Hughes Hubbard & Reed LLP |
| John | Doe | Investor | Investor |
| will | dymoke | shareholder | WILL |
| Mark | Eckard | 3b Pharmaceuticals GmbH | Reed Smith LLP |
| Sean | Eghlimi | Clovis Oncology | PW Partners |
| Randall | Eisenberg | Clovis Oncology | Alix Partners |
| Rosa | Evergreen | Novartis | Arnold & Porter Kaye Scholer |
| Donald | Fackina | Interested Party | Berkeley Research Group |
| Garrett | Fail | TOP IV SPV GP, LLC | Weil, Gotshal & Manges LLP |
| A | Fe | Self | |
| Mark | Felger | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Cozen O'Connor |
| Lesley | FitzGerald | Shareholder | |
| benjamin | fox | Shareholder | |
| Simon | Fraser | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc |
| jack | fumi | 12 | 12 |
| Cort | Furness | Self | |
| Willkie Farr | Gallagher | Clovis | Willkie |
| Jeffrey | Garfinkle | McKesson | Buchalter |
| Daniel | Gerab Wolle | Investor | |
| Richard | Gervase | Sixth Street | Mintz |
| David | Giattino | Interested Party | McDermott Will & Emery LLP |
| Erez | Gilad | Interested Party | Paul Hastings LLP |
| Bradley | Giordano | Interested Party | McDermott Will & Emery LLP |
| Alexander | Gladstone | Wall Street Journal | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Jonah | Gorski | Braidwell | |
| Gordon | Gouveia | Fox Rothschild LLP | Fox Rothschild LLP |
| Paul | Gross | Clovis Oncology | Clovis Oncology |
| YU | GU | retail | |
| Yunce | Gunawan | my self | |
| Will | H | Investor | |
| Taylor | Harrison | Debtwire | |
| Dan | Haziza | Smg | |
| Brian | Hermann | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Paul Weiss Rifkind Wharton & Garrison LLP |
| Judah | Hertzberg | N/a (listen only) | |
| SHARE | HOLDER | Shareholders | |
| SHARE | HOLDER | Shareholders | |
| Thomas | Horan | n/a | |
| Todd | Iglow | Self | |
| Nagesh | Ijju | Shareholder | |

| | | | |
|---|---|---|---|
| Michael | Ingrassia | Clovis Oncology, Inc. | Morris, Nichols, Arsht & Tunnell |
| Nicholas | Isaacson | None | Schulte Roth & Zabel |
| Jd | Jd | Jd | |
| Sally | Johnson | Self | |
| Alex | Kahng | Shareholder | |
| Alex | Kahng | Shareholder | |
| Jeffrey | Kaplan | BCAS | BCAS |
| Gary | Kavarsky | proposed DIP lenders / ad-hoc committee | Paul Weiss |
| Brya | Keilson | Interested Party | Morris James LLP |
| Ryan | Kennedy | Wells Fargo Securities | |
| Quang | khan | clovis | |
| Jonghun | kim | Myself | |
| Richard | Klein | Self | Raymond James |
| Pk | Kumar | Clvs | |
| Avi | Lalvani | FTI Consulting | FTI Consulting |
| Stephen | Lam | interested party | Corre Partners |
| Jake | Landreth | USBC | |
| Stephanie | Lascano | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Paul Weiss Rifkind Wharton & Garrison LLP |
| Richard | Lee | Myself | |
| Joseph | Lemkin | United BioSource | Stark & Stark |
| Edward | LeMoure | Self | Na |
| Gladys | Levi | Interested Party | |
| Jonathan | Levine | Interested Party | McDermott Will & Emery |
| Seth | Lieberman | Interested party | Pryor Cashman |
| Brian | Loughnane | Debtors | Morris, Nichols, Arsht and Tunnell |
| Fuck | Mahaffy | Billions lost | |
| Gavin | Main | Myself | |
| Jan Michel | Mallbris | Shareholder | |
| paul | marcincin | shareholder | Medical Doctor |
| Bartholomew | Marcus | Clvs investor | |
| Scott | Marks | None | |
| Kyle | Mason | Interested Party | |
| jüri | matus | shareholder | |
| Benjamin | Mintz | Novartis | Arnold & Porter Kaye Scholer |
| Paul | Moak | 3B Pharmaceuticals GmbH | Reed Smith LLP |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Eric | Monzo | Interested Party | Morris James LLP |
| Andrew | Mordkoff | Clovis Oncology | Willkie Farr |
| Mkdjdj | Ndjxjdj | Ksjdj | |
| Michael | Nestor | Novartis | Young Conaway |
| J. Zachary | Noble | TOP IV SPV GP, LLC | Richards, Layton & Finger, P.A. |
| M | O | Self | |
| Una | O'Boyle | court | |
| Dennis | O'Donnell | Party in interest | DLA Piper |
| O | Oki | None | |
| O | Oki | None | |
| Michael | Panacio | UST Office Wilmington | |

| | | | |
|---|---|---|---|
| Rachel | Parisi | Porzio, Bromberg & Newman P.C. | Porzio, Bromberg & Newman, P.C. |
| Nishant | Patel | FTI Consulting | FTI Consulting |
| Aaron | Pernikoff | Self | |
| Bogdan | Pintilie | Shareholder | |
| Thomas | Pitta | The Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin and Martin, LLP |
| Florin | Popovici | Clovic Oncology | |
| Chris | Prohoroff | Self | |
| Atul | Puri | Personal | |
| A | R | Shareholder | Clovis |
| Ulrich | Reineke | 3B Pharmaceuticals GmbH | |
| Andrew | Remming | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Gary | Ritacco | Interested Party | Akin Gump Strauss Hauer & Feld |
| Reid | Roak | Myself | |
| Colin | Robinson | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Saferstein | Top IV SPV GP LLC | Weil Gotshal & Manges LLP |
| Pete | Sampras | Shareholders | |
| PeteRR | Sampras | Fotik | |
| Kyle | Satterfield | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Paul Weiss Rifkind Wharton & Garrison LLP |
| Christopher | Schaefer | Sixth Street | Sixth Street |
| Robert | Schechter | Interested Party | |
| joe | schmo | interested party | |
| Sarah | Schultz | Interested Party | Akin Gump Strauss Hauer & Feld LLP |
| Andrew | Scurria | Wall Street Journal | |
| Ilan | Sender | Braidwell LP | Braidwell |
| Zach | Shapiro | TOP IV SPV GP, LLC | Richards, Layton & Finger, P.A. |
| Ash | Shapiro | Myself | |
| Will | Shareholder | Shareholder | Will |
| Aaron | Shay | shareholders | |
| Patrick | Sibley | Interested party | Pryor Cashman |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Matthew | Silverman | Interested party | Pryor Cashman |
| Zachary | Singer | ad hoc committee of holders of convertible notes issued by Clovis Oncology, Inc. | Paul Weiss Rifkind Wharton & Garrison LLP |
| Young | Sky | Individual | |
| Christine | Smerling | 3B Pharmaceuticals GmbH | |
| Christiane | Smerling | 3B Pharmaceuticals GmbH | |
| Robert | Spudowski | Shareholder | |
| Benjamin | Steele | Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC |
| Alexander | Steiger | TOP IV SPV GP, LLC | Richards, Layton & Finger |
| Kristin | Stenerson | Sixth Street | Sixth Street |
| Paula | Subda | USBC | USBC |
| Vince | Sullivan | Law360 | |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |

| | | | |
|---|---|---|---|
| Cathy | Ta | Reorg | |
| Matthew | Talmo | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Lauren | Tauro | TOP IV SPV GP, LLC | Weil, Gotshal & Manges LLP |
| Dan | Taylor | Me | |
| Kunchok | Tenzin | Shareholder | |
| Paisa | Thong | Investors | K |
| Paisa | Thong | K | K |
| Daniel | Trager | DLA Piper | |
| John | Tran | Guest | |
| Ryan | Trombley | Novartis Innovative Therapies AG | Arnold & Porter Kaye Scholer LLP |
| TTT | TTT | TTT | |
| Marc-André | Turgeon | Marc-André Turgeon | Impacted Retail Investor |
| Michael | Uhouse | Private investor | |
| Carhy | Wang | shareholder | |
| Louis | Waxman | Advisor | Raymond James |
| Anthony | Wesselbaum | personal | |
| Grayson | Williams | Interested Party | McDermott Will & Emery LLP |
| David | Y | Investor | |
| sam | Ye | Individual | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Gina | Young | Alvogen, Inc. | Dentons Bingham Greenebaum LLP |
| Sarah Heard | | Clovis Oncology | PW Partners |
| J.A. Toya | | Interested Party | |