# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:**<br>January 4, 2023 at 4:00 p.m. (ET) |
| | **Hearing Date:**<br>January 11, 2023 at 11:00 a.m. (ET) |

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

**PLEASE TAKE NOTICE** that today, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before 4:00 p.m. (prevailing Eastern Time) on January 4, 2023,** and shall be served on so as to be received on or before the Objection Deadline by (i) the undersigned proposed counsel to the Debtors, and (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801, Attn: Rosa Sierra-Fox (rosa.sierra@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served, a hearing will be held before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware, 19801 on **January 11, 2023, at 11:00 a.m. (ET) (prevailing Eastern Time)**.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

Dated: December 28, 2022
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (*pro hac vice* pending)
Andrew S. Mordkoff (*pro hac vice* pending)
Erin C. Ryan (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*