# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re:  D.I. 28 |

**NOTICE OF DEPOSITION OF JOHN CESARZ IN
CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF ORDERS
(I)(A) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED
SUPERPRIORITY POSTPETITION FINANCING, (B) GRANTING LIENS AND
PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE
STATUS, (C) MODIFYING THE AUTOMATIC STAY, AND (D) GRANTING
RELATED RELIEF; (II) AUTHORIZING USE OF CASH
COLLATERAL AND GRANTING ADEQUATE PROTECTION;
(III) SCHEDULING A FINAL HEARING; AND (C) GRANTING RELATED RELIEF**

**TO**:  John Cesarz, Partner, Perella Weinberg Partners LP, c/o Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10103, Attention:  Rachel C. Strickland.

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these cases through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Clovis Oncology, Inc., *et al.* (the "Committee"), by and through its proposed counsel, will take the deposition upon oral examination of John Cesarz on **January 12, 2023, starting at 2:00 P.M. EST**, at the office of Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, in connection with *Debtors' Motion for Entry of Orders (I)(A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Providing Claims*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are:  Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited.  The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

- 1 -

NY-2496747

with Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; (II) Authorizing Use of Cash Collateral and Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 28]. The deposition will take place before a court reporter, will be recorded by stenographic means and videotaped, and shall continue from day to day until it has been completed.

Dated: Wilmington, Delaware
January 5, 2023

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Elizabeth R. Schlecker (No. 6913)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  csamis@potteranderson.com
   kgood@potteranderson.com
   astulman@potteranderson.com
   eschlecker@potteranderson.com

-and-

Lorenzo Marinuzzi (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
Benjamin Butterfield (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email:  lmarinuzzi@mofo.com
   tfoudy@mofo.com
   bbutterfield@mofo.com
   rferraioli@mofo.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Clovis Oncology Inc., et al.*

NY-2496747