IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 20, 2023, AT 1:00 P.M. (EASTERN TIME)**

**This hearing will be conducted in-person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles.  All participants over Zoom must register in advance.  Please register by January 19, 2023, at 4:00 p.m. (Eastern Time).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-CtqzIjG7tkcbLasyakYRSATV0zs1A**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR
YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**Topic:  Clovis Oncology, Inc. et al.**

**Time:  January 20, 2023, at 1:00 PM Eastern Time (US and Canada)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited.  The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

**ADJOURNED MATTERS**

1. Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 15, filed 12/12/22).

   Response Deadline:  January 4, 2023, at 4:00 p.m. (ET).  Extended to February 9, 2023, at 4:00 p.m. (ET) for the United States Trustee ("U.S. Trustee").

   Response Received:

   a) Informal comments from the U.S. Trustee.

   Related Document:

   a) Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 78, entered 12/14/22).

   Status:  This matter has been adjourned to February 16, 2023, at 10:00 a.m. (ET).

**RESOLVED MATTERS**

2. Debtors' Motion for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief (D.I. 61, filed 12/13/22).

   Response Deadline:  January 4, 2023, at 4:00 p.m. (ET).

   Response Received:

   a) Informal comments from the U.S. Trustee.

   Related Documents:

   a) Amended Notice of Debtors' Motion for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief (D.I. 100, filed 12/15/22); and

   b) Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief (D.I. 169, entered 1/6/23).

   Status:  A final order has been entered.  No hearing is necessary.

**MATTERS UNDER CERTIFICATION**

3. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(A) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief (D.I. 16, filed 12/12/22).

   Response Deadline:  January 4, 2023, at 4:00 p.m. (ET).  Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors (the "UCC").

   Responses Received:

   a) Informal comments from the UCC.

   Related Documents:

   a) Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief (D.I. 79, entered 12/14/22); and

   b) Certification of Counsel Regarding Proposed Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief (D.I. 202, filed 1/17/23).

   Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

4. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 17, filed 12/12/22).

   Response Deadline:   January 4, 2023, at 4:00 p.m. (ET).  Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

   Responses Received:

   a) Informal comments from the UCC.

Related Documents:

a)   Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 80, entered 12/14/22); and

b)   Certification of Counsel Regarding Proposed Final Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 193, filed 1/17/23).

Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

5.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Claims of Lienholders and Related Obligations, and (II) Granting Related Relief (D.I. 18, filed 12/12/22).

Response Deadline:   January 4, 2023, at 4:00 p.m. (ET).  Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Responses Received:

a)   Informal comments from the UCC.

Related Documents:

a)   Interim Order (I) Authorizing Payment of Certain Prepetition Claims of Lienholders and Related Obligations, and (II) Granting Related Relief (D.I. 81, entered 12/14/22); and

b)   Certification of Counsel Regarding Proposed Final Order (I) Authorizing Payment of Certain Prepetition Claims of Lienholders and Related Obligations, and (II) Granting Related Relief (D.I. 194, filed 1/17/23).

Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

6.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 24, filed 12/12/22).

Response Deadline:   January 4, 2023, at 4:00 p.m. (ET).  Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Responses Received:

a)  Informal comments from the U.S. Trustee; and

b)  Informal comments from the UCC.

Related Documents:

a)  Interim Order (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 85, entered 12/14/22); and

b)  Certification of Counsel Regarding Proposed Final Order (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 195, filed 1/17/23).

Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

7.  Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Cash Management System, Including Bank Accounts and Business Forms, and (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending Time to Comply With Section 345(b); and (IV) Granting Related Relief (D.I. 26, filed 12/13/22).

Response Deadline: January 4, 2023, at 4:00 p.m. (ET).  Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Response Received:

a)  Informal comments from the UCC

Related Documents:

a)  Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, Including Bank Accounts and Business Forms, and (B) Honor Certain Prepetition Obligations Related thereto; (II) Waiving Certain Operating Guidelines; (III) Extending Time to Comply with Section 345(b); and (IV) Granting Related Relief (D.I. 83, entered 12/14/22); and

b)  Certification of Counsel Regarding Proposed Final Order (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, Including Bank Accounts and Business Forms, and (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending Time

to Comply with Section 345(b); and (IV) Granting Related Relief (D.I. 196, filed 1/17/23).

Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 27, filed 12/13/22).

Response Deadline: January 4, 2023, at 4:00 p.m. (ET). Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee. Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Responses Received:

a) Informal comments from the UCC.

Related Documents:

a) Interim Order (I) Authorizing Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 89, entered 12/15/22); and

b) Certification of Counsel Regarding Proposed Final Order (I) Authorizing Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (D.I. 206, filed 1/18/23).

Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

9. Motion to File Under Seal Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Authorizing Entry Into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear Of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment Of Executory Contracts And Unexpired Leases and (C) Granting Related Relief (D.I. 34, filed 12/13/22).

Response Deadline: January 4, 2023, at 4:00 p.m. (ET).

Responses Received:

a) None.

Related Documents:

a) Notice of Debtors' Motion to File Under Seal Debtors Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 97, filed 12/15/22).

b) Certificate of No Objection Regarding Motion to File Under Seal Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Authorizing Entry into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 204, filed 1/18/22).

Status:  The Debtors have filed a certificate of no objection.  No hearing is necessary unless the Court directs otherwise.

10. Debtors' Application for Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for Debtors, *Nunc Pro Tunc* to Petition Date (D.I. 119, filed 12/21/22).

Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 10, 2023, at 12:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Response Received:

a) Informal comments from the U.S. Trustee.

Related Documents:

a) Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 327(a), 328(a) and 1107(b), Bankruptcy Rule 2014 and Local Rule 2014-1 Authorizing Debtors to Employ and Retain Willkie Farr & Gallagher LLP as Counsel to Debtors and Debtors in Possession (D.I. 185, filed 1/17/23); and

b) Supplemental Declaration of Rachel C. Strickland in Support of Debtors' Application for Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for Debtors, Nunc Pro Tunc to Petition Date (D.I. 186, filed 1/17/23).

Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

11. Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 120, filed 12/21/22).

    Objection Deadline: January 4, 2023, at 4:00 p.m. (ET). Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee. Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

    Response Received:

    a) Informal comments from the U.S. Trustee.

    Related Document:

    a) Certification of Counsel Regarding Proposed Order Authorizing the Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date (D.I. 187, filed 1/17/23).

    Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

12. Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date (D.I. 121, filed 12/21/22).

Objection Deadline: January 4, 2023, at 4:00 p.m. (ET). Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee. Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Responses Received:

a)   Informal comments from the U.S. Trustee; and

b)   Informal comments from the UCC.

Related Document:

a)   Certification of Counsel Regarding Proposed Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date (D.I. 188, filed 1/17/23).

Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

13.   Application of Debtors for Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to Debtors Effective as of the Petition Date (D.I. 122, filed 12/21/22).

Objection Deadline: January 4, 2023, at 4:00 p.m. (ET). Extended to January 11, 2023, at 12:00 p.m. (ET) for the U.S. Trustee. Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

Responses Received:

a)   Informal comments from the U.S. Trustee; and

b)   Informal comments from the UCC.

Related Documents:

a)   Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to Debtors Effective as of the Petition Date (D.I. 189, filed 1/17/23); and

b)   First Supplemental Declaration of John Cesarz in Support of the Application of Debtors for Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to Debtors Effective as of The Petition Date (D.I. 190, filed 1/17/23).

Status: The Debtors have filed a revised order under certification of counsel. No hearing is necessary unless the Court directs otherwise.

14. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor to the Debtors Effective as of the Petition Date (D.I. 123, filed 12/21/22).

    Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 10, 2023, at 12:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

    Responses Received:

    a)   Informal comments from the U.S. Trustee; and

    b)   Informal comments from the UCC.

    Related Documents:

    a)   Certification of Counsel Regarding Proposed Order Authorizing Debtors to Employ and Retain AlixPartners, LLP as their Financial Advisor Effective as of the Petition Date (D.I. 191, filed 1/17/23); and

    b)   Supplemental Declaration of Randall S. Eisenberg of AlixPartners, LLP (D.I. 192, filed 1/17/23).

    Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

15. Debtors' Motion for Entry of an Order to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (D.I. 146, filed 12/28/22).

    Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

    Response Received:

    a)   Informal comments from the U.S. Trustee; and

    b)   Informal comments from the UCC.

    Related Document:

    a)   Certification of Counsel Regarding Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (D.I. 198, filed 1/17/23).

    Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

16. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases of Non-Residential Real Property Leases, Effective as of the Rejection Date and (B) Abandon any Remaining Property Located at the Premises and (II) Granting Related Relief (D.I. 147, filed 12/28/22).

    Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 13, 2023, at 4:00 p.m. (ET) for ARE-San Francisco No. 43, LLC ("ARE").

    Responses Received:

    a) Informal comments from ARE; and

    b) Informal comments from BA1 1330 Broadway LLC.

    Related Document:

    a) Certification of Counsel Regarding Proposed Order (I) Authorizing the Debtors to (I)(A) Reject Certain Unexpired Leases of Non-Residential Real Property Leases, Effective as of the Rejection Date and (B) Abandon any Remaining Property Located at the Premises and (II) Granting Related Relief (D.I. 199, filed 1/17/23).

    Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

17. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date (D.I. 148, filed 12/28/22).

    Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 10, 2023, at 12:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

    Response Received:

    a) Informal comments from the U.S. Trustee; and

    b) Informal comments from the UCC.

    Related Document:

    a) Certification of Counsel Regarding Proposed Order, Pursuant to Sections 105(a), 327, 328 And 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date (D.I. 200, filed 1/17/23).

    Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

18. Debtors' Motion for Entry of an Order (I) Establishing Certain Bar Dates for Filing Proofs of Claims Against the Debtors, and (II) Granting Related Relief, Including Notice and Filing Procedures (D.I. 149, filed 12/28/22).

    Objection Deadline:  January 4, 2023, at 4:00 p.m. (ET). Extended to January 6, 2023, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 13, 2023, at 4:00 p.m. (ET) for the UCC.

    Response Received:

    a) Informal comments from the U.S. Trustee; and

    b) Informal comments from the UCC

    Related Document:

    a) Certification of Counsel Regarding Proposed Order (I) Establishing Certain Bar Dates for Filing Proofs of Claims Against the Debtors, and (II) Granting Related Relief, Including Notice and Filing Procedures (D.I. 201, filed 1/17/23).

    Status:  The Debtors have filed a revised order under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

**MATTERS GOING FORWARD**

19. Debtors' Motion for Entry of Orders (I) (A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; (II) Authorizing Use of Cash Collateral and Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 28, filed 12/13/22).

    Response Deadline:   January 4, 2023, at 4:00 p.m. (ET).  Extended to January 15, 2023 at 11:59 p.m. (ET) for the UCC.

    Responses Received:

    a) Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Obtain Postpetition Financing and Related Relief (D.I. 183, filed 1/15/23)

    Related Documents:

    a) Declaration of Randall S. Eisenberg In Support of Debtors' Motion for Entry of Orders (I) (A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; (II) Authorizing Use of Cash Collateral and

| | | |
|---|---|---|
| | | Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 29, filed 12/13/22); |
| | b) | Declaration of Paul E. Gross in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 30, filed 12/13/22); |
| | c) | Declaration of John Cesarz In Support of Debtors' Motion for Entry of Orders (I) (A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; (II) Authorizing Use of Cash Collateral and Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 36, filed 12/13/22); |
| | d) | Interim Order Authorizing Limited Use of Cash Collateral And (II) Granting Relief (D.I. 93, entered 12/15/22); |
| | e) | Supplemental Declaration of John Cesarz in Support of Debtors Motion for Entry of Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief (D.I. 107, filed 12/16/22); |
| | f) | Notice of Amended Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to Prepetition Lenders, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief (D.I. 108, filed 12/16/22); |
| | g) | Interim Order (I) (A) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; (II) Authorizing Use of Cash Collateral and Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 113, entered 12/16/22); and |
| | h) | Notice of Filing DIP Credit Agreement (D.I. 172; filed 1/7/23). |

Status: This matter is going forward. The Debtors intend to file a reply in support of the motion prior to the hearing.

20. [SEALED] Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing Entry Into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections

Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 31, filed 12/13/22).

Response Deadline:  January 4, 2023, at 4:00 p.m. (ET).  Extended to January 17, 2023 at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to January 15, 2023 at 11:59 p.m. (ET) for the UCC.

Responses Received:

a) Statement and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Approval of the Bidding Procedures and Related Relief (D.I. 182, filed 1/15/23); and

b) United States Trustee's Objection to Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief (D.I. 184, filed 1/16/23).

Related Documents:

a) Declaration of Paul E. Gross in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 30, filed 12/13/22);

b) Notice Of Filing of Proposed Redacted Version of the Debtors Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of The Debtors Assets, (B) Authorizing the Debtors to Enter Into The FAP Stalking Horse APA and to Provide The FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures To Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; And (II)(A) Approving the Sale of The Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 33, filed 12/13/22);

    c)    Motion to File Under Seal Debtors Motion for Entry of An Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of The Debtors Assets, (B) Authorizing Entry Into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of The Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 34, filed 12/13/22); and

    d)    Declaration of John Cesarz in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Authorizing Entry into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (C) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (E) Approving Assumption and Assignment Procedures, (F) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (G) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief (D.I. 35, filed 12/13/22).

<u>Witness Information</u>:  The Debtors intend to present the testimony of Messrs. Paul E. Gross and John Cesarz by declaration.

<u>Status</u>:  This matter is going forward.  The Debtors intend to file a reply in support of the motion prior to the hearing.

Dated: January 18, 2023
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*