# SIGN-IN SHEET

| CASE NAME: Clovis Oncology, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 22-11292 JKS | DATE: 1/20/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lorenzo Marinuzzi | Morrison & Foerster | UCC |
| Benjamin Butterfield | " | " |
| Theresa Foudy | " | " |
| Rachel Strickland | Willkie Farr + Gallagher | Debtors |
| Andrew Mordkoff | " | " |
| Chris Samis | Potter Anderson | UCC |
| Katie Good | " | " |
| Aaron Stulman | " | " |
| Benjamin McCallen | Willkie Farr | Debtor |
| Erin Ryan | " | Debtor |
| Rosa S. Tox | USTP | U.S. Trustee |

# SIGN-IN SHEET

| CASE NAME: Clovis Oncology, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 22-11292 JKS | DATE: 1/20/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Pitta | Emmet Marvin & Martin LLP | The Bank of New York Mellon Trust Company, N.A. |
| Jeff Saferstein | Weil, Gotshal | TOP IV Talents, LLC |
| Lauren Tauro | ↓ | ↓ |
| Zach Shapiro | RLF | ↓ |
| Mike Nestor | YCST | Novartis |
| Ben Mintz | Arnold & Porter | " |
| Ross Evergreen | " | |
| R. Dehney | MNAT | Debtors |
| Matt Talmo | " | " |
| Andrew Remming | " | " |
| | | |
| | | |
| | | |

**Clovis Oncology, Inc. - 22-11292**
**January 20, 2023 - 1:00PM**
**Omnibus Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| G | A | Investor | |
| Elizabeth | Abdelmasieh | staff | |
| Alison | Ambeault | Clovis | Willkie Farr & Gallagher LLP |
| Ken | Amundson | BizWest readers | BizWest |
| Steven | Ballew | Debtors | Willkie Farr |
| Ellen | Bergmann | 3B Pharmaeceuticals | Greengate Legal |
| Marc | Brotman | Pfizer/UCC | Pfizer |
| Gary | Bush | The Bank of New York Mellon | The Bank of New York Mellon |
| Benny | Chan | unsecured | |
| Morris Nichols | Conf Room 16E | Clovis Oncology | Morris Nichols Arsht & Tunnell LLP |
| Daniel | DeFranceschi | TOP IV SPV GP, LLC | Richards, Layton & Finger, P.A. |
| Bijal | Desai | UCC | Alvarez & Marsal |
| Chris | Desiderio | AssistRx, Inc. | Nixon Peabody LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| August | Dinwiddie | Interested Party | Hughes Hubbard & Reed LLP |
| Rosa | Evergreen | Novartis Innovative Therapies AG | Arnold Porter |
| Paul | Fabsik | Interested Party | Weil, Gotshal & Manges LLP |
| Willkie | Farr | Debtors | Willkie Farr |
| Jamie | Fell | Pfizer Inc. | Simpson Thacher & Bartlett LLP |
| Lesley | FitzGerald | Self | |
| Jeffrey | Garfinkle | McKesson Corp. | Buchalter |
| Richard | Gervase | DIP | |
| Cecilia | Gong | UCC Financial Advisor | Jefferies LLC |
| Paul | Gross | Debtors | Clovis Oncology |
| Taylor | Harrison | Debtwire | |
| Sarah | Heard | Debtors | PW Partners |
| Todd | Iglow | Self | |
| Michael | Ingrassia | Clovis Oncology, Inc. | Morris Nichols Arsht & Tunnell |
| William | Kannel | DIP | |
| Jeff | Kaplan | BCAS | BCAS |
| Ryan | Kennedy | Wells Fargo | |
| David | Kim | Debtors - Clovis Oncology, Inc. | Willkie Farr & Gallagher |
| Joseph | Lemkin | United BioSource LLC | Stark & Stark |
| David | Lynch | Shareholders | |
| jüri | matus | share holder | |
| Ben | McCallen | Debtors | Willkie Farr |
| Jan | Michel | 3B Pharmaeceuticals | 3B Pharmaeceuticals |

| | | | |
|---|---|---|---|
| Benjamin | Mintz | Novartis Innovative Therapies AG | Arnold Porter |
| Paul | Moak | 3B Pharmaeceuticals | Reed Smith LLP |
| John | Murray | AssistRx, Inc. | Nixon Peabody LLP |
| Matthias | Paschke | 3B Pharmaeceuticals | 3B Pharmaeceuticals |
| Amy | Phelps | N/A | |
| Thomas | Pitta | The Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin and Martin, LLP |
| Ulrich | Reineke | 3B Pharmaeceuticals | 3B Pharmaeceuticals |
| Tori | Remmington | Debtors | Morris Nichols |
| Shaya | Rochester | Perella Weinberg Partners LP | Katten Muchin Rosenman LLP |
| Michael | Rosella | Perella Weinberg Partners LP | Katten Muchin Rosenman LLP |
| Rreginald | Sainvil | Interested Party | Baker & McKenzie |
| Kyle | Satterfield | N/A - a party who has not submitted a pleading but is interested in observing the hearing | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Jacob | Satterfield | N/A - a party who has not submitted a pleading but is interested in observing the hearing | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Elizabeth | Schlecker | Committee of Unsecured Creditors | |
| Alexander | Severance | Official Committee of Unsecured Creditors | Morrison & Foerster LLP |
| Zachary | Singer | N/A | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Bill | Small | Personal Shareholder | |
| Christiane | Smerling | 3B Pharmaeceuticals | 3B Pharmaeceuticals |
| Sam | Somber | Shareholder | |
| Alexander | Steiger | Sixth Street Partners, LLC and TOP IV SPV GP, LLC | Richards, Layton & Finger |
| Paula | Subda | USBC | USBC |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Judith | Swartz | The Bank of New York Mellon Trust Company, N.A | Emmet, Marvin & Martin, LLP |
| Cathy | Ta | Reorg | |
| Ryan | Trombley | Novartis Innovative Therapies AG | Arnold Porter |
| Ben | Winger | Interested Party | DLA Piper LLP (US) |

| David | Yao | Shareholder | |
|-------|-----|-------------|--|
| Becky | Yerak | Wall Street Journal | News Corp |