IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 26, 2023, AT 10:00 A.M. (EASTERN TIME)

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

## MATTERS UNDER CERTIFICATION:

1.  Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading in, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtors Clovis Oncology, Inc., *et al.* (D.I. 166, filed 1/5/23).

    Response Deadline: January 19, 2023, at 4:00 p.m. (ET).

    Response Received:

    a) Informal comments from the United States Trustee; and

    b) Informal comments from the Official Committee of Unsecured Creditors.

    Related Documents:

    a) Certification of Counsel Regarding Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading in, or Certain

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

[2] Amended items in **bold**.

Claims of Worthlessness with Respect to, Equity Securities in Debtors Clovis Oncology, Inc., et al (D.I. 258, filed 1/24/23)**; and**

b) **Order Establishing Notice and Hearing Procedures for Trading in, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtors Clovis Oncology, Inc., et al (D.I. 260, entered 1/24/23).**

Status:  **An order has been entered.  No hearing is necessary.**

Dated:  January 24, 2023
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*