**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos. 350 and 353 |

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR
ENTRY OF AN ORDER (I) APPROVING DEBTORS' KEY EMPLOYEE
INCENTIVE PROGRAM; (II) APPROVING SUPPLEMENTAL RELIEF
WITH RESPECT TO DEBTORS' KEY EMPLOYEE RETENTION
PROGRAM; AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon the Debtors' motion (the "Motion to Shorten")[2] for entry of an order shortening notice of the *Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief* (the "Motion"); and the Court having reviewed the Motion to Shorten and the Motion; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances, IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      The Motion shall be considered at a hearing scheduled for February 28, 2023, at 1:00 p.m. (ET).

3.      Objections, if any, to the relief requested in the Motion must be filed and served on counsel to the Debtors by February 23, 2023, at 4:00 p.m. (ET).

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 110, Boulder, CO 80301.

[2]     Capitalized terms used but not defined herein are defined in the Motion to Shorten.

4.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  February 15, 2023

J. Kate Stickles
United States Bankruptcy Judge