# UNITED STATES BANKRUPTCY COURT

DISTRICT OF __Delaware__

| | | |
|---|---|---|
| In Re. Clovis Oncology, Inc. | § | Case No.  22-11292 |
| | § | |
| _____ | § | Lead Case No.  22-11292 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2023     Petition Date: 12/11/2022

Months Pending: 2     Industry Classification: 3 2 5 4

Reporting Method:     Accrual Basis ◉     Cash Basis ○

Debtor's Full-Time Employees (current):     99

Debtor's Full-Time Employees (as of date of order for relief):     120

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☒    Statement of capital assets
☐    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Andrew S. Mordkoff     Andrew S. Mordkoff
Signature of Responsible Party     Printed Name of Responsible Party

03/01/2023
Date

787 Seventh Avenue, New York, New York 10019-6099
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Clovis Oncology, Inc.                                    Case No.  22-11292

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $38,606,897 | |
| b. Total receipts (net of transfers between accounts) | $27,106,334 | $59,948,383 |
| c. Total disbursements (net of transfers between accounts) | $4,030,628 | $5,422,928 |
| d. Cash balance end of month (a+b-c) | $61,682,603 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $4,030,628 | $5,422,928 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $7,783,597 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ⦿  Market ○  Other ○   (attach explanation)) | $95,960,202 |
| d. Total current assets | $202,555,987 |
| e. Total assets | $331,757,988 |
| f. Postpetition payables (excluding taxes) | $64,438,863 |
| g. Postpetition payables past due (excluding taxes) | $1,780,984 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $64,438,863 |
| k. Prepetition secured debt | $346,993,967 |
| l. Prepetition priority debt | $16,616 |
| m. Prepetition unsecured debt | $499,434,684 |
| n. Total liabilities (debt) (j+k+l+m) | $910,884,130 |
| o. Ending equity/net worth (e-n) | $-579,126,142 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $6,234,916 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $2,167,646 | |
| c. Gross profit (a-b) | $4,067,270 | |
| d. Selling expenses | $192,764 | |
| e. General and administrative expenses | $1,672,385 | |
| f. Other expenses | $663,798 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $22,318 | |
| i. Taxes (local, state, and federal) | $25,168 | |
| j. Reorganization items | $9,455,680 | |
| k. Profit (loss) | $-8,541,553 | $-142,003,256 |

Debtor's Name  Clovis Oncology, Inc.                                    Case No.  22-11292

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $98,649 | $98,649 | $98,649 | $98,649 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kroll | Other | $98,649 | $98,649 | $98,649 | $98,649 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Clovis Oncology, Inc.                                      Case No.  22-11292

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Clovis Oncology, Inc.                    Case No.  22-11292

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | | |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  Clovis Oncology, Inc.                                        Case No.  22-11292

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Clovis Oncology, Inc.                                    Case No.  22-11292

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Clovis Oncology, Inc.                              Case No. 22-11292

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $98,649 | $98,649 | $98,649 | $98,649 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ⦿  No ◯

b. Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)   Yes ◯  No ⦿

c. Were any payments made to or on behalf of insiders?   Yes ⦿  No ◯

d. Are you current on postpetition tax return filings?   Yes ⦿  No ◯

e. Are you current on postpetition estimated tax payments?   Yes ⦿  No ◯

f. Were all trust fund taxes remitted on a current basis?   Yes ⦿  No ◯

g. Was there any postpetition borrowing, other than trade credit?   Yes ◯  No ⦿
(if yes, see Instructions)

h. Were all payments made to or on behalf of professionals approved by   Yes ⦿  No ◯  N/A ◯
the court?

i. Do you have:          Worker's compensation insurance?   Yes ⦿  No ◯
              If yes, are your premiums current?   Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)
          Casualty/property insurance?   Yes ⦿  No ◯
              If yes, are your premiums current?   Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)
          General liability insurance?   Yes ⦿  No ◯
              If yes, are your premiums current?   Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◯  No ⦿

k. Has a disclosure statement been filed with the court?   Yes ◯  No ⦿

l. Are you current with quarterly U.S. Trustee fees as   Yes ⦿  No ◯
set forth under 28 U.S.C. § 1930?

Debtor's Name  Clovis Oncology, Inc.                                      Case No.  22-11292

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Daniel W. Muehl                                          Daniel W. Muehl
_____                    _____
Signature of Responsible Party                        Printed Name of Responsible Party

Executive Vice President and Chief Financial Officer       03/01/2023
_____                    _____
Title                                                 Date

Debtor's Name Clovis Oncology, Inc.                                    Case No.  22-11292



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Clovis Oncology, Inc.                                      Case No.  22-11292



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Clovis Oncology, Inc.

Case No.  22-11292



PageThree



PageFour

**In re: Clovis Oncology, Inc.**

*Schedule of Cash Receipts and Disbursements*

Lead Case No:     22-11292 (JKS)

Reporting Period:     Jan 01 - Jan 31, 2023

| Debtor | Third-Party Cash Disbursements | |
|---|---|---|
| Clovis Oncology, Inc. | $ | 4,030,628 |
| Clovis Oncology UK Limited | $ | 1,129,660 |
| Clovis Oncology Ireland Limited | $ | 48,118 |
| **Total** | **$** | **5,208,407** |

| Debtor | Third-Party Cash Receipts | |
|---|---|---|
| Clovis Oncology, Inc. | $ | 27,106,298 |
| Clovis Oncology UK Limited | $ | 3,594,866 |
| Clovis Oncology Ireland Limited | $ | 7,004 |
| **Total** | **$** | **30,708,168** |

**In re: Clovis Oncology, Inc.**
*Bank Account Information*

Lead Case No:                22-11292 (JKS)
Reporting Period:            Jan 01 - Jan 31, 2023

| Debtor | Bank | Last 4 Digits | Description | Balance as of Month End (USD) |
|---|---|---|---|---|
| Clovis Oncology, Inc. | JP Morgan | 9101 | Lockbox Account | 5,017,748 |
| Clovis Oncology, Inc. | JP Morgan | 8623 | Operating Account | 40,246,039 |
| Clovis Oncology, Inc. | JP Morgan | 9601 | Operating Account | 139 |
| Clovis Oncology, Inc. | JP Morgan | 9602 | Operating Account | 2,041 |
| Clovis Oncology, Inc. | JP Morgan | 3424 | Operating Account | 634 |
| Clovis Oncology, Inc. | JP Morgan | 8157 | Investment Account | 6,703,850 |
| Clovis Oncology, Inc. | JP Morgan | 2038 | Investment Account | 100,000 |
| Clovis Oncology, Inc. | JP Morgan | 1915 | Professional Fees Account | 9,601,351 |
| Clovis Oncology, Inc. | JP Morgan | 7602 | Utilitiy Deposits Account | 10,800 |
| Clovis Oncology UK Limited | JP Morgan | 4225 | Lockbox Account | 3,036,074 |
| Clovis Oncology UK Limited | JP Morgan | 2330 | Operating Account | 7,453,909 |
| Clovis Oncology Ireland Limited | JP Morgan | 0565 | Lockbox Account | 3,097,422 |
| Clovis Oncology Ireland Limited | JP Morgan | 1185 | Operating Account | 509,887 |
| **Sub Total - Bank Accounts** | | | | **75,779,894** |
| | | | | |
| **Total** | | | | **75,779,894** |

**In re: Clovis Oncology, Inc.**                                    Lead Case No:        22-11292 (JKS)
*Unaudited Balance Sheet as of January 31, 2023*          Reporting Period:    Jan 01 - Jan 31, 2023

| USD Actuals | Clovis Oncology, Inc. | Clovis Oncology UK Limited | Clovis Oncology Ireland Limited |
|---|---|---|---|
| **Assets** | | | |
| **Current Assets:** | | | |
| Cash and Cash Equivalents | 61,682,602 | 10,489,983 | 3,607,309 |
| Trade Accounts Receivable, Net | 7,783,597 | 6,255,087 | 6,950 |
| Interco Receivables | 22,116,940 | 343 | 7,411,551 |
| Pre-Petition - Inter Company Debtor Receivables | | | |
| Inventories | 95,960,202 | - | 11,641,596 |
| Prepayments and Deposits | 15,012,867 | 52,573 | 8,004 |
| Other Assets - Current | (222) | 2,029,485 | 35,600 |
| IC Investment in Subsidiaries | 2 | 229,143 | - |
| **Total Current Assets** | **202,555,987** | **19,056,614** | **22,711,010** |
| | | | |
| **Non-Current Assets:** | | | |
| Property, Plant and Equipment, Net | 161,597 | 132,770 | - |
| Goodwill | 63,074,218 | - | - |
| Other Intangible Assets, Net | 54,552,685 | - | - |
| Other Assets - Non-current | 11,413,502 | 209,685 | 32,959 |
| **Total Non-Current Assets** | **129,202,002** | **342,455** | **32,959** |
| | | | |
| **Total Assets** | **331,757,988** | **19,399,069** | **22,743,969** |
| | | | |
| **Liabilities** | | | |
| **Current Liabilities:** | | | |
| DIP Financing | 45,000,000 | - | - |
| Trade Accounts Payable, Net | 2,523,492 | 1,840,472 | 48,380 |
| Interco Payables | (413,194) | 1,854,143 | 18,435,687 |
| Misc. Liabilities & Accrued Expenses | 17,268,940 | 4,445,549 | 97,884 |
| Accrued Taxes (Income, Payroll, etc.) | (17,455) | 1,964,994 | 280,139 |
| Lease Liability - Short-term | 77,079 | 187,993 | 17,227 |
| Other Notes Payable - Current | - | - | |
| **Total Current Liabilities** | **64,438,863** | **10,293,151** | **18,879,317** |
| | | | |
| **Non-Current Liabilities** | | | |
| Lease Liability - Long-term | - | - | 13,502 |
| **Total Non-Current Liabilities** | **-** | **-** | **13,502** |
| | | | |
| **Liabilities Subject to Compromise** | **846,445,267** | **8,154,616** | **88,012** |
| | | | |
| **Total Liabilities** | **910,884,130** | **18,447,767** | **18,980,832** |
| | | | |
| **Equity** | | | |
| Common Stock | 145,072 | 2 | 141 |
| Additional Paid in Capital | 2,691,517,355 | - | - |
| Accumulated Other Comprehensive Loss | (41,905,090) | (435,946) | 112,979 |
| Accumulated Deficit | (3,228,883,478) | 1,387,246 | 3,650,017 |
| **Total Equity** | **(579,126,141)** | **951,301** | **3,763,137** |
| | | | |
| **Total Liabilities and Equity** | **331,757,988** | **19,399,069** | **22,743,969** |

**Notes:**
1) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary, unaudited, and subject to change.

**In re: Clovis Oncology, Inc.**                                    Lead Case No:          22-11292 (JKS)
*Unaudited Statement of Operations for the month of January 2023*        Reporting Period:   Jan 01 - Jan 31, 2023

| *USD Actuals* | **Clovis Oncology, Inc.** | **Clovis Oncology UK Limited** | **Clovis Oncology Ireland Limited** |
|---|---|---|---|
| **Total Revenue** | **6,234,916** | **1,094,076** | **3,083,252** |
| | | | |
| **Operating Expenses:** | | | |
| Cost of Goods Sold | 726,677 | 1,013,180 | 1,722,741 |
| Royalty Expense | 1,440,969 | - | - |
| Research and Development | 1,104,161 | - | - |
| General and Administrative | 1,672,385 | 1,750,455 | 38,992 |
| Selling Expenses | 192,764 | 38,308 | - |
| Operating Taxes | 25,168 | 19,823 | - |
| Other Operating Expenses | - | - | - |
| **Total Operating Expenses** | **5,162,124** | **2,821,767** | **1,761,733** |
| | | | |
| **Total Operating Profit (Loss)** | **1,072,793** | **(1,727,691)** | **1,321,519** |
| | | | |
| **Other Income and Expenses:** | | | |
| Interest Income | 22,318 | - | - |
| Gain/Loss from Sale of Assets | (310,673) | - | - |
| Interest Expense | - | - | - |
| Foreign Currency Translation Adjustments | (129,690) | 22,020 | (74,199) |
| Gain/Loss on Available-For-Sale Securities | - | - | - |
| Reorganization Costs | 9,455,680 | - | - |
| Income Tax Expense | - | - | - |
| **Net Other Income** | **(9,614,346)** | **(22,020)** | **74,199** |
| | | | |
| **Net Income** | **(8,541,553)** | **(1,749,711)** | **1,395,718** |

**Notes:**
1) The activity reported above represents the full month of January.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary and unaudited. The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

**In re: Clovis Oncology, Inc.**
*Accounts Receivable Reconciliation and Aging*

Lead Case No:          22-11292 (JKS)
Reporting Period:      Jan 01 - Jan 31, 2023

**Clovis Oncology, Inc.**

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Trade Accounts Receivable | 7,853,470 | 390,825 | - | - | 8,244,295 |
| Less: Prompt Pay Discounts & Returns | (442,526) | (7,817) | - | - | (450,342) |
| Less: Allowance for Bad Debts | (8,441) | (1,915) | - | - | (10,356) |
| **Net Accounts Receivable** | **7,402,504** | **381,093** | **-** | **-** | **7,783,597** |

**Clovis Oncology UK Limited**

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Trade Accounts Receivable | 6,273,909 | - | - | - | 6,273,909 |
| Less: Allowance for Bad Debts | (18,822) | - | - | - | (18,822) |
| **Net Accounts Receivable** | **6,255,087** | **-** | **-** | **-** | **6,255,087** |

**Clovis Oncology Ireland Limited**

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Trade Accounts Receivable | 2,335 | 4,669 | - | - | 7,004 |
| Less: Allowance for Bad Debts | (7) | (47) | - | - | (54) |
| **Net Accounts Receivable** | **2,328** | **4,623** | **-** | **-** | **6,950** |

**In re: Clovis Oncology, Inc.**
*Post-Petition Accounts Payable Aging*

Lead Case No:        22-11292 (JKS)
Reporting Period:     Jan 01 - Jan 31, 2023

| Debtor | Total | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|---|
| Clovis Oncology, Inc. | 3,468,399 | 1,687,415 | 1,540,656 | 52,431 | 187,897 | - |
| Clovis Oncology UK Limited | 1,840,520 | 1,825,241 | 15,279 | - | - | - |
| Clovis Oncology Ireland Limited | 48,380 | 48,380 | - | - | - | - |
| **Net Accounts Payable** | **5,357,299** | **3,561,036** | **1,555,935** | **52,431** | **187,897** | **-** |

**Notes:**
1) While the Debtors' AP Aging Report shows that the Debtors are past due on certain postpetition amounts owed, certain of these payments are not actually owed pursuant to
various provisions of the bankruptcy code, and the Debtors do not believe that once they finish reconciling their invoices, books and records, this will be the case.

**In re: Clovis Oncology, Inc.**

*Schedule of Capital Assets*

Lead Case No:                22-11292 (JKS)

Reporting Period:     Jan 01 - Jan 31, 2023

| *USD Actuals* | Clovis Oncology, Inc. | Clovis Oncology UK Limited | Clovis Oncology Ireland Limited |
|---|---|---|---|
| **Net Book Value** | | | |
| Computer Equipment | 149,306 | 126,118 | - |
| Furniture and Fixtures | - | 5,193 | - |
| Lab Equipment | - | - | - |
| Leasehold Improvements | - | - | - |
| Licensed Software | - | - | - |
| Manufacturing Equipment | 5,347 | - | - |
| Office Equipment | - | 1,459 | - |
| Trade Booth | - | - | - |
| **Net Book Value** | **154,652** | **132,770** | **-** |

**In re: Clovis Oncology, Inc.**                                      Lead Case No:          22-11292 (JKS)
*Schedule of Payments to Insiders*                                    Reporting Period:     Jan 01 - Jan 31, 2023

| *USD Actuals* | Clovis Oncology, Inc. | Clovis Oncology UK Limited | Clovis Oncology Ireland Limited |
|---|---|---|---|
| **Payments to Insiders** | 347,460 | - | - |

The Debtor, Clovis Oncology, Inc., and its affiliated Debtors, hereby submit this attestation regarding payments to insiders during the period of December 11 through December 31, 2022. With respect to insiders, all cash payments made were on account of ordinary course salaries and authorized travel and expense reimbursements. No non-cash transfers were made during this reporting period.

/s/ Daniel W. Muehl                                                   03/01/2023
**Signature of Authorized Individual**                                **Date**

Daniel W. Muehl                                                       Executive Vice President and Chief Financial Officer
**Printed Name of Authorized Individual**                            **Title of Authorized Individual**

**Notes:**
1) The insiders included herein are consistent with those as defined by the Bankruptcy Code and as included in the Debtors' Statements of Financial Affairs. The amount listed Includes all compensation-related expenses paid by the Debtors, including salary, retirement plan contributions, health and other insurance benefits, and expense reimbursements.

**In re: Clovis Oncology, Inc.**                                    Lead Case No:          22-11292 (JKS)
*Status of Post-Petition Taxes*                                     Reporting Period:    Jan 01 - Jan 31, 2023

**The Debtor, Clovis Oncology, Inc., and its affiliated Debtors, hereby submit this attestation regarding post-petition taxes. All postpetition taxes for the debtors, which are not subject to dispute or reconciliation are current; provided, however, the Debtors continue to actively reconcile other amounts owed to various taxing and governmental authorities, which may subsequently be subject to dispute.**

/s/ Daniel W. Muehl                                                 03/01/2023
**Signature of Authorized Individual**                              **Date**

Daniel W. Muehl                                                     Executive Vice President and Chief Financial Officer
**Printed Name of Authorized Individual**                          **Title of Authorized Individual**