# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 15, 2023 AT 1:00 P.M. (EASTERN TIME)

This hearing will be conducted in-person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles.  All participants over Zoom must register in advance.  Please register by March 14, 2023, at 4:00 p.m. (Eastern Time).

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJItf-qrrD0uHSKqxgAJm4ROWvFEfI_3Q8M

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

Topic:  Clovis Oncology, Inc. et al.

Time:  March 15, 2023 at 1:00 PM Eastern Time (US and Canada)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited.  The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 110, Boulder, CO 80301.

[2] Amended items in **bold.**

**MATTERS UNDER CERTIFICATION**

1. Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Additional Financing and Enter into the Incremental DIP Facility Commitment Letter and (II) Granting Related Relief (D.I. 397, filed 2/24/23).

    Response Deadline: March 10, 2023, at 4:00 p.m. (ET).

    Response Received:

    a)  Informal comments from the UCC; and

    b)  Informal comments from the U.S. Trustee.

    Related Documents:

    a)  Declaration of Randall S. Eisenberg in Support of Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Additional Financing and Enter into the Incremental DIP Facility Commitment Letter and (II) Granting Related Relief (D.I. 398, filed 2/24/23);

    b)  Order Shortening Notice of Motion of the Debtors for Entry of an Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Additional Financing and Enter into the Incremental DIP Financing Commitment Letter and (II) Granting Related Relief (D.I. 406, entered 2/27/23);

    c)  [SEALED] Notice of Filing Incremental DIP Facility Commitment Letter (D.I. 439, filed 3/9/23);

    d)  Notice of Filing Incremental DIP Facility Commitment Letter (D.I. 440, filed 3/9/23);

    e)  Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Additional Financing and Enter into the Incremental DIP Facility Commitment Letter and (II) Granting Related Relief (D.I. 453, filed 3/13/23); **and**

    f)  **Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Additional Financing and Enter into the Incremental DIP Facility Commitment Letter and (II) Granting Related Relief (D.I. 462, entered 3/13/23).**

    **Status: An order has been entered. No hearing is necessary.**

**MATTERS GOING FORWARD**

2.  Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 15, filed 12/12/22).

    Response Deadline: January 4, 2023, at 4:00 p.m. (ET). Extended to February 9, 2023, at 4:00 p.m. (ET) for the United States Trustee for the District of Delaware (the "U.S. Trustee").

    Response Received:

    a)  United States Trustee's Objection to Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 332, filed 2/9/23).

    Related Documents:

    a)  [SEALED] List of Creditors (D.I. 55, filed 12/13/22);

    b)  Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 78, entered 12/14/22);

    c)  Notice of Filing of Proposed Redacted Version of the Consolidated List of Creditors (D.I. 117, filed 12/19/22);

    d)  Debtors' Reply in Support of Motion to File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 446, filed 3/10/23); and

    e)  Declaration of Randall S. Eisenberg in Support of Motion to File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information (D.I. 447, filed 3/10/23).

    Status: **This matter has been adjourned to a date to be determined.**

    Witness Information: The Debtors intend to present the testimony of Mr. Randall S. Eisenberg by declaration.

3.    Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 350, filed 2/14/23).

Response Deadline: February 23, 2023, at 4:00 p.m. (ET). Extended to February 27, 2023, at 4:00 p.m. (ET) for the U.S. Trustee and the Official Committee of Unsecured Creditors (the "UCC").

Responses Received:

a)    Informal comments from the UCC; and

b)    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 404, filed 2/27/23).

Related Documents:

a)    Declaration of John Dempsey in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 351, filed 2/14/23);

b)    Declaration of Randall S. Eisenberg in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 352, filed 2/14/23);

c)    Debtors' Reply in Support of Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 448, filed 3/10/23);

d)    [SEALED] Supplemental Declaration of Randall S. Eisenberg in Support of Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 449, filed 3/10/23);

e)    Supplemental Declaration of Randall S. Eisenberg in Support of Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 450, filed 3/10/23);

f)    Notice of Filing of Revised Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key

      Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 454, filed 3/13/23); **and**

    **g)**     **Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information in the Supplemental Declaration of Randall S. Eisenberg in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 465, filed 3/14/23).**

    Status: The Debtors have filed a revised proposed order resolving the informal comments from the UCC. The UCC and the Debtors' DIP lenders have reviewed the revised proposed order and do not object to its entry. This matter is going forward.

    Witness Information: The Debtors intend to present the testimony of Messrs. Randall S. Eisenberg and John Dempsey by declaration.

4.     Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Incremental DIP Facility Commitment Letter (D.I. 441, filed 3/9/23).

    Response Deadline: At or before the hearing.

    Response Received:

    a)     Informal comments from the U.S. Trustee; and

    b)     Informal comments from the UCC.

    Related Documents:

    a)     [SEALED] Notice of Filing Incremental DIP Facility Commitment Letter (D.I. 439, filed 3/9/23); and

    b)     Notice of Filing Incremental DIP Facility Commitment Letter (D.I. 440, filed 3/9/23).

    Status: The Debtors have resolved the informal comments from the U.S. Trustee and the UCC. This matter is going forward.

5.     **Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information in the Supplemental Declaration of Randall S. Eisenberg in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 465, filed 3/14/23).**

    **Response Deadline: At or before the hearing.**

**Response Received:**

a)   None.

**Related Documents:**

a)   **[SEALED] Supplemental Declaration of Randall S. Eisenberg in Support of Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 449, filed 3/10/23); and**

b)   **Supplemental Declaration of Randall S. Eisenberg in Support of Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Program; (II) Approving Supplemental Relief with Respect to Debtors' Key Employee Retention Program; and (III) Granting Certain Related Relief (D.I. 450, filed 3/10/23).**

**Status:** This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March 14, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Michael A. Ingrassia*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Michael A. Ingrassia (No. 7068)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>mtalmo@morrisnichols.com<br>mingrassia@morrisnichols.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Rachel C. Strickland (admitted *pro hac vice*)<br>Andrew S. Mordkoff (admitted *pro hac vice*)<br>Erin C. Ryan (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>eryan@willkie.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |