**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLOVIS ONCOLOGY, INC., *et al*[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 22-11292 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 257, 539, 582** |

## NOTICE OF CLOSING OF SALE OF RUBRACA ASSETS

      **PLEASE TAKE NOTICE** that on January 24, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into the FAP Stalking Horse APA and to Provide the FAP Stalking Horse Bid Protections Thereunder, (III) Authorizing Procedures to Designate Additional Stalking Horse Bidder(s) and to Provide Bidding Protections, (IV) Scheduling the Auction and Approving the Form and Manner of Notice Thereof, (V) Approving Assumption and Assignment Procedures, (VI) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VII) Granting Related Relief* [D.I. 257] (the "Bidding Procedures Order")[2] by which the Court approved procedures to conduct sales (each, a "Sale") of the Debtors' assets, including the Debtors' global rights to Rubraca® (rucaparib) and all salts, polymorphs and formulations thereof (the "Rubraca Assets") and auctions (each, an "Auction") pursuant to section 363 of the Bankruptcy Code.

      **PLEASE TAKE FURTHER NOTICE** that the bid deadline for competing qualified bids for the Rubraca Assets was March 21, 2023 at 4:00 p.m. (Prevailing Eastern Time) and the Auction for the Rubraca Assets was scheduled for March 30, 2023 at 8:30 a.m. (Prevailing Eastern Time).

      **PLEASE TAKE FURTHER NOTICE** that on March 30, 2023, the Debtors conducted the Auction for the Rubraca Assets, and selected pharma& Schweiz GmbH as the Successful Bidder for the Rubraca Assets.

      **PLEASE TAKE FURTHER NOTICE** that on April 12, 2023, the Court entered an order approving the sale of the Rubraca Assets to pharma& Schweiz GmbH [D.I. 582] (the "Sale Order").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 110, Boulder, CO 80301.

[2] Capitalized terms that are not otherwise defined herein have the meanings given to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the closing of the sale of the Rubraca Assets to pharma& Schweiz GmbH took place on May 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice, the Bidding Procedures Order, the Sale Order, and all related exhibits and other documents filed with the Court are available free of charge on the website maintained by Kroll Restructuring Administration LLC, the Debtors' claims and noticing agent, at https://cases.ra.kroll.com/Clovis/.

[*Remainder of Page Intentionally Left Blank*.]

Dated: May 1, 2023
      Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

<u>/s/Michael A. Ingrassia</u>
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Michael A. Ingrassia (No. 7068)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com
mingrassia@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com

*Counsel to the Debtors and Debtors in Possession*