22-11292 Clovis Oncology Inc.
5/9/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Paula | Subda | USBC | USBC |
| Michael | Ingrassia | Debtors | Morris, Nichols, Arsht & Tunnell |
| Judah | Hertzberg | N/a- interested investor- listen only | |
| Benjamin | McCallen | Clovis | Willkie |
| Morris Nichols | Conference Room | Debtors | Morris, Nichols, Arsht & Tunnell LLP |
| Theresa | Foudy | Official Committee of Unsecured Creditors | Morrison Foerster |
| Lorenzo | Marinuzzi | Official Committee of Unsecured Creditors | Morrison Foerster |
| Erin | Ryan | Debtors | Willkie Farr & Gallagher LLP |
| L. Katherine | Good | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Cathy | Ta | n/a | Reorg Research |
| Thomas | Pitta | The Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin and Martin, LLP |
| Al | Stoeckli | UCC | |
| Paul | Moak | 3B Pharmaceuticals GmbH | Reed Smith LLP |
| Robert | Weber | Ad Hoc Committee of Stockholders of Clovis Oncology, Inc. | Chipman Brown Cicero & Cole, LLP |
| Kyle | Satterfield | Ad Hoc Committee of Convertible Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Steven | Ballew | Debtors | Willkie Farr& Gallagher |
| Jacob | Adlerstein | Ad Hoc Committee of Convertible Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Reginald | Sainvil | Ad Hoc Committee | Baker McKenzie |
| Andrew | Mordkoff | Clovis | Willkie |
| Paul | Keenan | Ad Hoc Committee | Baker & McKenzie LLP |
| Rachel | Strickland | Clovis | Willkie |
| Willkie | Farr | Clovis | Willkie |
| Xianli | Zhang | Shareholder | |
| Gerald | Bumbaugh | Equity Committee | |
| Daniel | DeFranceschi | TOP IV SPV GP, LLC | Richards, Layton & Finger, P.A. |
| Stephen | Savas | Clovis Recovery Group | |
| David | Baddley | U.S. Securities and Exchange Commission | |
| PETR | BOYTSAN | self | |

22-11292 Clovis Oncology Inc.
5/9/2023

| | | | |
|---|---|---|---|
| JM | Ma | Self | |
| David | Yao | Equity Shareholder | |
| Chris | Nashed | Myself | |
| Chris | Prohoroff | shareholder | |
| Alexander | Steiger | Sixth Street Partners | RLF |
| Robert | Schechter | Lonza Ltd. | Porzio, Bromberg & Newman, P.C. |
| Zach | Shapiro | SSP | Richards, Layton & Finger, P.A. |
| Matthew | Brouwer | UCC | A&M |
| ERHARDT | KAPP | shareholder | |
| AUSTON | Beck | Interested party | Puma capital |
| pamela | kennedy | shareholder | |
| robert | kennedy | shareholder | |
| Taylor | Harrison | debtwire | |
| David | Lynch | Ad Hoc | |
| Jimmy | P | SH | |
| Tom | Berge | shareholder | |
| John | Sears | Self | |
| Mary | Joyce | Self | |
| Randall | Eisenberg | Clovis | AlixPartners |
| Lauren | Tauro | DIP Agent and Prepetition Agent | Weil, Gotshal & Manges LLP |
| John | Cesarz | Clovis | Perella Weinberg Partners |
| Paul | Como | Self | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Jeremy | Paye | Shareholders | Equity Committee |
| Pavan | Paladugu | Adhoc | |
| Cecilia | Gong | UCC | Jefferies |
| Karim | Aitounejjar | Shareholder | Clovis Oncology |
| Timothy | Palamides | Equity Committee | |
| FERNANDO | SIRIO | EQUITY COMMITTEE | |
| Harold | Adama | Interested Party | |
| Edward | LeMoure | Equity Committee | |
| Stan | Hirch | Shateholder | |
| Marc | Bertrand | Shareholders | Official Equity Committee |