IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR EMERGENCY STATUS CONFERENCE
SCHEDULED FOR MAY 24, 2023, AT 1:00 P.M. (EASTERN TIME)**

> **This status conference will be conducted remotely. All participants who will appear via Zoom must register in advance of the hearing.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this status conference:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItduyorTMvHLLrzpCMD9u6SELLgffMGCg
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> Topic: Clovis Oncology, Inc., et al.
> Time: May 24, 2023 at 1:00 p.m. (Eastern Time)

**STATUS CONFERENCE**

1. Debtors' Emergency Motion In Limine to Exclude the Testimonies of Dr. David Savello and Robert Wagstaff (D.I. 759, filed 5/23/23).

   Response Deadline: At or before the hearing.

   Responses Received:

   a) None.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 110, Boulder, CO 80301.

Related Documents:

a) [WITHDRAWN] Declaration of David Savello in Support of Objection of the Official Committee of Equity Security Holders of Clovis Oncology, Inc. to the Debtors' Motion for Entry of an Order Disbanding the Official Committee of Equity Holders (D.I. 758, filed 5/23/23);

b) Motion to Shorten Notice of Debtors' Emergency Motion in Limine to Exclude the Testimonies of Dr. David Savello and Robert Wagstaff (D.I. 763, filed 5/23/23);

c) Declaration of Robert Wagstaff in Support of Objection of the Official Committee of Equity Security Holders of Clovis Oncology, Inc. to the Debtors' Emergency Motion for Entry of an Order Disbanding the Official Committee of Equity Holders (D.I. 775, filed 5/23/23); and

d) [SEALED] Declaration of David Savello in Support of Objection of the Official Committee of Equity Security Holders of Clovis Oncology, Inc. to the Debtors' Emergency Motion for Entry of an Order Disbanding the Official Committee of Equity Holders (D.I. 776, filed 5/24/23).

Status:  The Court has scheduled an emergency status conference on this matter.

[*Remainder of the Page Intentionally Left Blank.*]

Dated: May 24, 2023
       Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Michael A. Ingrassia*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
Michael A. Ingrassia (No. 7068)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com
mingrassia@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com

*Counsel to the Debtors and Debtors in Possession*