**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 674, 687, 744, 712 and 741** |

**ORDER DENYING
DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
DISBANDING THE OFFICIAL COMMITTEE OF EQUITY HOLDERS**

Upon consideration of the *Debtors' Emergency Motion for Entry of an Order Disbanding the Official Committee of Equity Holders* [D.I. 674] (the "**Motion to Disband**"), the joinders thereto filed by the Official Committee of Unsecured Creditors [D.I. 687] and TOP IV SPV GP, LLC and TOP IV TALENTS, LLC [D.I. 744], and the objections to the Motion to Disband (together, the "**Objections**") filed by the Office of the United States Trustee [D.I. 712] and the Official Committee of Equity Holders [D.I. 741]; and the Court having held an evidentiary hearing on the Motion to Disband and the Objections on May 25, 2023 (the "**Hearing**") and the Court having considered the arguments of the parties and the evidence adduced at the Hearing; and the Court having taken the matter under advisement; and the Court having rendered a bench ruling on the record on May 26, 2023; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and

---

1 The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, Colorado 80301.

the Court having determined that adequate notice was given; and after due deliberation, and for the reasons stated on the record on May 26, 2023; it is hereby **ORDERED** that:

1.      The Emergency Motion to Disband is **DENIED**; and

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

**Dated: June 5th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

00051238.1                                                2