**SIGN-IN SHEET**

| CASE NAME:  Clovis Oncology Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 22-11292 JKS | DATE: 10/23/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas A. Pitta | Emmet, Marvin & Martin LLP | Clovis Liquidation Trust |
| Courtney Leon | " | " |
| Jack Dougherty | Cole Schotz PC | Clovis Liquidation Trust |
| Rosa Sierra-Fox | UST | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

<u>10:00 AM</u>

.

**22-11292-JKS Clovis Oncology, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| <u>Rick Archer</u> | Law360 | | 10:00 AM | Audio Only | no |
| <u>Clara E Geoghegan</u> | Law360 | | 10:00 AM | Audio Only | no |
| <u>Taylor Harrison</u> | | | 10:00 AM | Audio Only | no |
| <u>Vince Sullivan</u> | Law360 | | 10:00 AM | Audio Only | no |
| <u>Mitchell Sussman</u> | TD Cowen | TD Cowen | 10:00 AM | Audio Only | no |